1  GREGORY A. MARKEL
   greg.markel@cwt.com
2  RONIT SETTON
   ronit.setton@cwt.com
3  AMANDA KOSOWSKY (SBN 214282)
   amanda.kosowsky@cwt.com
4  CADWALADER, WICKERSHAM & TAFT LLP
   One World Financial Center
5  New York, New York 10281
   Telephone:    (212) 504-6000
6  Facsimile:    (212) 504-6666

7  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  (SBN 76342)
8  bruce.ericson@pillsburylaw.com
   50 Fremont Street
9  Post Office Box 7880
   San Francisco, California 94120-7880
10 Telephone:    (415) 983-1000

11 Attorneys for Defendants Wells Fargo Asset Securities
   Corporation, Wells Fargo Bank, N.A., The Wells Fargo
12 Mortgage Backed Securities 2006-AR18, 2006-17, 2006-
   15, 2006-16, 2006-AR19, 2006-18, 2006-20, 2006-19,
13 2007-1, 2007-2, 2007-AR3, 2007-4, 2007-3, 2007-5,
   2007-6, 2007-7, 2007-8, 2007-9, 2007-10, 2007-11, and
14 2007-12 Trusts, The Wells Fargo Alternative Loan 2007-
   PA 1 Trust, David Moskowitz, Franklin Codel, Thomas
15 Neary, and Douglas K. Johnson

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.<br><br>Defendants. | No.  C-09-1376 (SI)<br><br>PROOF OF SERVICE BY MAIL |

701573347v1

PROOF OF SERVICE BY MAIL
Case No. C-09-1376 (SI)

1   I, Deirdre V. Campino, the undersigned, hereby declare as follows:

2   1.   I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

5   2.   My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

7   3.   On September 14, 2009, I served a true copy of the attached document(s) titled exactly **ADR CERTIFICATION BY PARTIES AND COUNSEL** by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following persons, said persons not having registered as ECF users:

| | |
|---|---|
| Andrew J. Ehrlich<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Martin Flumenbaum<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| Tobias J. Stern<br>Paul Weiss Rifkind Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 | Stephanie J. Goldstein<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 |
| Shahzeb Lari<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | William G. McGuinness<br>Fried Frank Harris Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 |

21   I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2009, at San Francisco, California.

                                                                Deirdre V. Campino

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, et al.<br><br>Defendants. | No. C-09-1376 (SI)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 11, 2009

_____
Douglas K. Johnson

Dated: September 11, 2009

/s/ Ronit Setton
CADWALADER, WICKERSHAM & TAFT LLP
By: Ronit Setton