UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, et al.,<br><br>  Defendants. | No. C-09-1376 (SI)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 15, 2009        /s/ Charlie Gambino
                                 Deutsche Bank Securities, Inc.
                                 By: Charlie Gambino

Dated: September 15, 2009        /s/ Stephanie J. Goldstein
                                 FRIED, FRANK, HARRIS, SHRIVER
                                    & JACOBSON LLP
                                 By: Stephanie J. Goldstein