UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, et al.<br><br>Defendants. | No. C-09-1376 (SI)<br><br>**PROOF OF SERVICE BY U.S. MAIL** |

I, Deirdre V. Campino, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On September 15, 2009, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document titled exactly <u>ADR CERTIFICATION BY PARTIES AND COUNSEL</u> by placing it in addressed, sealed envelopes clearly labeled to identify the persons being served at the addresses shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

Andrew J. Ehrlich, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Martin Flumenbaum, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Tobias J. Stern, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

Shahzeb Lari, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Stephanie J. Goldstein, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

William G. McGuinness, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of September, 2009, at San Francisco, California.

_Deirdra V. Campino_
Deirdre V. Campino

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, et al.,<br><br>     Defendants. | No. C-09-1376 (SI)<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: September 15, 2009      /s/ Charlie Gambino
                  Deutsche Bank Securities, Inc.
                  By: Charlie Gambino

Dated: September 15, 2009      /s/ Stephanie J. Goldstein
                  FRIED, FRANK, HARRIS, SHRIVER
                    & JACOBSON LLP
                  By: Stephanie J. Goldstein