IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM, | No. C 09-01376SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WELLS FARGO MORTGAGE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the case management conference has been continued to be heard on January 29, 2010 at 2:30 p.m.

Motions to dismiss shall be noticed for January 29, 2010 at 9:00 a.m.

Dated: September 17, 2009                                    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk