1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  KATHLEEN M. MCDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA 90071-1560
   Telephone:   (213) 683-9100
5  Facsimile:   (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  JENNY H. HONG (SBN 251751)
   Jenny.Hong@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, 27th floor
9  San Francisco, CA 94105-2907
   Telephone:   (415) 512-4000
10 Facsimile:   (415) 512-4077

11 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
12 INDIVIDUAL DEFENDANTS

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 16  GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And 17  On Behalf Of All Others Similarly Situated, 18                    Plaintiff, 19       v. 20  THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 21  TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-22  17 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-23  15 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-24  16 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-25  AR19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-26  18 TRUST, THE WELLS FARGO 27  (Caption continued on next page) | Civil Case No. 09-1376-SI (Consolidated with 09-CV-1620)  **CONSOLIDATED CLASS ACTION ECF**  **STIPULATION AND [PROPOSED] ORDER REGARDING (1) CAPTION; AND (2) BRIEFING SCHEDULE ON MOTION TO DISMISS**  Judge:   Hon. Susan Illston |

28

| | |
|---|---|
| 1 | MORTGAGE BACKED SECURITIES 2006-20 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-19 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-1 TRUST, THE WELLS FARGO ALTERNATIVE LOAN 2007-PA1 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-2 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-AR3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-4 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-3 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-5 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-6 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-7 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-8 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-9 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-10 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-11 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2007-12 TRUST, WELLS FARGO ASSET SECURITIES CORPORATION, WELLS FARGO BANK, N.A., DAVID MOSKOWITZ, FRANKLIN CODEL, THOMAS NEARY, DOUGLAS K. JOHNSON, GOLDMAN, SACHS & CO., JPMORGAN CHASE, INC., *as successor-in-interest to* BEAR, STEARNS & CO., INC., HSBC SECURITIES (USA), INC., DEUTSCHE BANK SECURITIES, INC., UBS SECURITIES, LLC, CITIGROUP GLOBAL MARKETS, INC., GREENWICH CAPITAL MARKETS, INC., BARCLAYS CAPITAL, INC., BANC OF AMERICA SECURITIES, LLC, BANK OF |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | (Caption continued on next page) |
| 28 | |

| | |
|---|---|
| AMERICA CORPORATION *as successor-in-interest to* MERRILL LYNCH, PIERCE, FENNER & SMITH, INC., MOODY'S INVESTOR SERVICES, INC., THE MCGRAW-HILL COMPANIES AND FITCH RATINGS, INC., | |
| Defendants. | |

WHEREAS, on March 27, 2009, the initial complaint was filed in the securities class action entitled *General Retirement System of the City of Detroit v. The Wells Fargo Mortgage Backed Securities 2006-AR18 Trust, et al.*, 09-CV-01376 (SI) ("Detroit Action");

WHEREAS, on April 13, 2009, the initial complaint was filed in the securities class action entitled *New Orleans Employees Retirement System, et al. v. Wells Fargo Asset Securities Corporation, et al.*, No. CV-09-01620 (SI) ("New Orleans Action");

WHEREAS, on June 1, 2009, Lead Plaintiffs (the Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the New Orleans Employees' Retirement System and the Louisiana Sheriffs' Pension and Relief Fund) filed a motion to consolidate all related actions;

WHEREAS, on July 16, 2009, the Court, pursuant to Federal Rule of Civil Procedure 42(a), consolidated the Detroit Action and the New Orleans Action and further ordered that the cases be consolidated under the lower case number, CV-09-01376 (SI);

WHEREAS, the parties agree that assigning a new caption to the case, as set forth below, will be more accurate for the consolidated action than continuing to use the caption of the first-filed case;

WHEREAS, on August 31, 2009, Lead Plaintiffs filed the Consolidated Class Action Complaint For Violations of §§ 11, 12(a)(2) And 15 Of The Securities Act Of 1933 ("Complaint");

WHEREAS, Defendants intend to file motions to dismiss the Complaint;

WHEREAS, the parties met, conferred and agreed upon a schedule for resolving Defendants' motions to dismiss and advised the Court of that proposed schedule;

WHEREAS, six of the Defendants retained new counsel subsequent to the submission of that proposed briefing schedule, which counsel entered their first appearance on September 16, 2009;

WHEREAS, the Court issued an order on September 17, 2009, setting the hearing date for Defendants' motions to dismiss (and a Case Management Conference) for January 29, 2010, the date the parties had previously proposed;

WHEREAS, at the request of the newly appearing counsel, the parties have met, conferred and agreed to revise the previously negotiated schedule, but to retain the January 29, 2010 hearing date set by the Court;

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

1. The files of the consolidated action, and any subsequently consolidated actions, shall be maintained in one file under the Case No. CV-09-01376 (SI). Every pleading filed in the consolidated action shall bear the following caption:

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CIVIL ACTION NO. 09-01376 (SI) <br> **CONSOLIDATED CLASS ACTION** <br> **ECF** |
|---|---|

2. The following briefing schedule shall apply to Defendants' motions to dismiss the Complaint:

    a. Defendants shall file and serve any motions to dismiss no later than October 30, 2009;

    b. Lead Plaintiffs shall file and serve their oppositions no later than December 15, 2009;

    c. Defendants shall file and serve any replies no later than January 15, 2010;

1         d.      The hearing on the motions to dismiss will be set for January 29, 2010 at 9:00 a.m. and a Case Management Conference will be set for January 29, 2010 at 2:30 p.m.

Dated: October 5, 2009

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

DAVID R. STICKNEY
TIMOTHY A. DELANGE
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323

*Lead Counsel for the Class*

    /s/ David R. Stickney
    DAVID R. STICKNEY

Dated: October 5, 2009

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
Marc.Dworsky@mto.com
KATHLEEN M. McDOWELL
Kathleen.McDowell@mto.com
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel:   (213) 683-9100
Fax:  (213) 687-3702

DAVID H. FRY
David.Fry@mto.com
JENNY H. HONG
Jenny.Hong@mto.com
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Tel:   (415) 512-4000
Fax:  (415) 512-4077

    /s/ David H.Fry
    DAVID H. FRY

*Attorneys for the Wells Fargo Defendants and the Individual Defendants*

| | | |
|---|---|---|
| 1 | Dated: October 5, 2009 | WELLS FARGO & CO. |
| 2 | | THOMAS O. JACOB |
| | | Office of General Counsel |
| | | MAC A0194-266 |
| 3 | | 45 Fremont Street, 26th floor |
| | | San Francisco, CA  94105 |
| 4 | | Tel:    (415) 396-4425 |
| | | Fac:   (415) 975-7864 |
| 5 | | tojacob@wellsfargo.com |

                                              /s/ Thomas O. Jacob
                                              THOMAS O. JACOB

*Attorney for Wells Fargo Defendants*

Dated: October 5, 2009

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel:    (415) 983-1560
Fax:   (415) 983-1200

                                              /s/ Bruce A. Ericson
                                              BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

Dated: October 5, 2009

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

                                              /s/ Stephanie J. Goldstein
                                              STEPHANIE J. GOLDSTEIN

*Attorneys for the Underwriter Defendants*

| | | |
|---|---|---|
| 1 | Dated: October 5, 2009 | SATTERLEE STEPHENS BURKE & BURKE LLP |
| 2 | | JAMES J. COSTER (*pro hac vice*) |
| | | JOSHUA M. RUBINS |
| 3 | | 230 Park Avenue, Suite 1130 |
| | | New York, NY 10169-0079 |
| 4 | | Tel.: (212) 818-9200 |
| | | Fax: (212) 818-9606 |

WILSON SONSINI GOODRICH & ROSATI
KEITH E. EGGLETON
DAVID McCARTHY
650 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 320-4893
Fax: (650) 565-5100

        /s/ David McCarthy
        DAVID McCARTHY

*Attorneys for Defendant Moody's Investors Service, Inc.*

Dated: October 5, 2009

CAHILL GORDON & REINDEL LLP
FLOYD ABRAMS (*pro hac vice*)
ADAM ZUROFSKY (*pro hac vice*)
TAMMY ROY (*pro hac vice*)
80 Pine Street
New York, NY 10005
Tel: (212) 701-3000
Fax: (212) 269-5420

PERKINS COIE LLP
DAVID T. BIDERMAN
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Tel: (415) 344-7000
Fax: (415) 344-7050

        /s/ David T. Biderman
        DAVID T. BIDERMAN

*Attorneys for Defendant
The McGraw-Hill Companies, Inc.*

8965328.1 - 7 - STIPULATION AND [PROPOSED] ORDER RE CAPTION AND MOTION TO DISMISS BRIEFING; 09-1376-SI (CONSOLIDATED WITH 09-CV-1620)

| | |
|---|---|
| Dated: October 5, 2009 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>MARTIN FLUMENBAUM (*pro hac vice*)<br>ANDREW J. EHRLICH (*pro hac vice*)<br>TOBIAS J. STERN (*pro hac vice*)<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel: (212) 373-3000<br>Fax: (212) 373-3990<br><br>TAYLOR & COMPANY LAW OFFICES, LLP<br>STEPHEN E. TAYLOR<br>JAY HINES-SHAH<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Tel: (415) 788-8200<br>Fax: (415) 788-8208<br><br>_/s/ Jay Hines-Shah_<br>JAY HINES-SHAH<br><br>*Attorneys for Defendant Fitch, Inc.*<br>*(d/b/a Fitch Ratings)* |

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from David R. Stickney, Bruce A. Ericson, David McCarthy, David T. Biderman, and Jay Hines-Shah.

/s/
DAVID H. FRY

## [PROPOSED] ORDER

In accordance with the parties' stipulation, it is hereby ORDERED that:

1. The files of the consolidated action, and any subsequently consolidated actions, shall be maintained in one file under the Case No. CV-09-01376 (SI). Every pleading filed in the consolidated action shall bear the following caption:

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI)<br><br>**CONSOLIDATED CLASS ACTION**<br>**ECF** |

2. The following briefing schedule shall apply to Defendants' motions to dismiss the Complaint:

   a. Defendants shall file and serve any motions to dismiss no later than October 30, 2009;

   b. Lead Plaintiffs shall file and serve their oppositions no later than December 15, 2009;

   c. Defendants shall file and serve any replies no later than January 15, 2010;

   d. The hearing on the motions to dismiss will be set for January 29, 2010 at 9:00 a.m. and a Case Management Conference will be set for January 29, 2010 at 2:30 p.m.

IT IS SO ORDERED.

DATED: _____, 2009

_____
THE HONORABLE SUSAN ILLSTON
United States District Court Judge

   e.