1  MARTIN FLUMENBAUM (*Admitted Pro Hac Vice*)
   ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
2  TOBIAS J. STERN (*Admitted Pro Hac Vice*)
   PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
3  1285 Avenue of the Americas
   New York, New York 10019-6064
4  Telephone: (212) 373-3000
   Facsimile:  (212) 757-3990
5  E-mail: mflumenbaum@paulweiss.com
   E-mail: aehrlich@paulweiss.com
6  E-mail: tstern@paulweiss.com

7  STEPHEN E. TAYLOR (SBN 58452)
   JONATHAN A. PATCHEN (SBN 237346)
8  STEPHEN MCG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
9  One Ferry Building, Suite 355
   San Francisco, California  94111
10 Telephone:  (415) 788-8200
   Facsimile:   (415) 788-8208
11 E-mail: staylor@tcolaw.com
   E-mail: jpatchen@tcolaw.com
12 E-mail: sbundy@tcolaw.com

13 Attorneys for Defendant FITCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: CV-09-01376 (SI) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **NOTICE OF APPEARANCE** <br><br> Honorable Susan Illston |
|---|---|

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF APPEARANCE: CASE NO.  CV-09-01376 (SI)

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following counsel from Taylor & Company Law Offices, LLP has been added to this case and will be appearing as counsel of record for defendant Fitch, Inc.:

> Stephen McG. Bundy (SBN 253017)
> Taylor & Company Law Offices, LLP
> One Ferry Building, Suite 355
> San Francisco, California 94111
> Telephone:  (415) 788-8200
> Facsimile:   (415) 788-8208
> E-Mail:  sbundy@tcolaw.com

Dated: October 26, 2009            Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP


By:      */s/ Stephen McG. Bundy*
                Stephen McG. Bundy
Attorneys for Defendant FITCH, INC.

---