MARTIN FLUMENBAUM (*Admitted Pro Hac Vice*)
ANDREW J. EHRLICH (*Admitted Pro Hac Vice*)
TOBIAS J. STERN (*Admitted Pro Hac Vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-mail: mflumenbaum@paulweiss.com
E-mail: aehrlich@paulweiss.com
E-mail: tstern@paulweiss.com

STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
STEPHEN MCG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com
E-mail: sbundy@tcolaw.com

Attorneys for Defendant FITCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.: CV-09-01376 (SI)<br>**CONSOLIDATED CLASS ACTION ECF**<br>**PROOF OF SERVICE**<br>Honorable Susan Illston |

PROOF OF SERVICE: CASE NO. CV-09-01376 (SI)

1   At the time of service, I was over 18 years of age and not a party to this action. I am
2   employed in the County of San Francisco, State of California. My business address is One Ferry
3   Building, Suite 355, San Francisco, California 94111.
4   On October 26, 2009, I served true copies of the following document(s) described as
5   **NOTICE OF APPEARANCE** on the interested parties in this action as follows:

6   ☒   **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Taylor & Company's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

| | |
|---|---|
| Shahzeb Lari | Thomas O. Jacobs |
| Stephanie J. Goldstein | Office of the General Counsel |
| William G. McGuinness | Wells Fargo & Co. |
| Fried Frank Harris Shriver & Jacobson LLP | 633 Folsom Street, 7th Floor |
| One New York Plaza | San Francisco, CA 94107 |
| New York, NY 10004 | |

**Counsel for Underwriter Defendants**

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed on October 26, 2009, at San Francisco, California.

_____
Jennifer R. Varnell

TAYLOR & CO.
LAW OFFICES, LLP

1.

PROOF OF SERVICE: CASE NO. CV-09-01376 (SI)