MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI)<br><br>**CONSOLIDATED CLASS ACTION ECF**<br><br>**NOTICE OF WELLS FARGO DEFENDANTS' AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**<br><br>DATE:    January 29, 2010<br>TIME:    9:00 a.m.<br>CTRM:   10 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on January 29, 2010 at 9:30 a.m. or as soon thereafter as this matter may be heard, defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (collectively, the "Wells Fargo Defendants") and David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson (collectively, the "Individual Defendants") through their attorneys will move before the Honorable Susan B. Illston, United States District Judge, in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, for an order dismissing the Consolidated Complaint with prejudice pursuant to Federal Rules of Civil Procedure 8, 12(b)(1), and 12(b)(6).

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice filed herewith, any Reply Memorandum filed in support, all of the papers on file with this Court in this action, and any argument that will be presented at the hearing on this Motion.

DATED: October 30, 2009

MUNGER, TOLLES & OLSON LLP
  MARC T.G. DWORSKY
  KATHLEEN M. MCDOWELL
  DAVID H. FRY
  JENNY H. HONG

By: _____*/s/ David H. Fry*_____
         DAVID H. FRY

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

- 1 -

NOTICE OF MOTION TO DISMISS
NO. 09-01376-SI

| | | |
|---|---|---|
| 1 | DATED: October 30, 2009 | WELLS FARGO & CO.<br>Office of General Counsel |
| 2 | | MAC A0194-266<br>45 Fremont Street, 26th floor |
| 3 | | San Francisco, CA  94105<br>Telephone:     (415) 396-4425 |
| 4 | | Facsimile:      (415) 975-7864<br>tojacob@wellsfargo.com |

By:    */s/ Thomas O. Jacob*
            THOMAS O. JACOB

Attorney for Defendants
WELLS FARGO DEFENDANTS

- 2 -     NOTICE OF MOTION TO DISMISS
NO. 09-01376-SI