MARC T.G. DWORSKY (SBN 157413)
Marc.Dworsky@mto.com
KATHLEEN M. MCDOWELL (SBN 115976)
Kathleen.McDowell@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 25th floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

DAVID H. FRY (SBN 189276)
David.Fry@mto.com
JENNY H. HONG (SBN 251751)
Jenny.Hong@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street,  27th floor
San Francisco, CA 94105-2907
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **[PROPOSED] ORDER GRANTING WELLS FARGO DEFENDANTS' AND INDIVIDUAL DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** <br><br> DATE:    January 29, 2010 <br> TIME:    9:00 a.m. <br> CTRM:   10 |

1 | Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (collectively, the "Wells Fargo Defendants") and David Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson (collectively, the "Individual Defendants") Motion to Dismiss the Consolidated Complaint came on for hearing on January 29, 2010.  After consideration of the pleadings, matters subject to judicial notice, the papers filed in connection with the motion, and the parties' oral arguments, and good cause having been shown, the Court rules as follows:

IT IS HEREBY ORDERED:

1. The Motion to Dismiss is GRANTED.

2. The action is DISMISSED WITH PREJUDICE.

DATED:

HONORABLE SUSAN B. ILLSTON
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

MUNGER, TOLLES & OLSON LLP
   MARC T.G. DWORSKY
   KATHLEEN M. MCDOWELL
   DAVID H. FRY
   JENNY H. HONG


By:       */s/ David H. Fry*
           DAVID H. FRY

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE
INDIVIDUAL DEFENDANTS

1 | WELLS FARGO & CO.
  | Office of General Counsel
2 | MAC A0194-266
  | 45 Fremont Street, 26th floor
3 | San Francisco, CA  94105
  | Telephone:    (415) 396-4425
4 | Facsimile:     (415) 975-7864
  | tojacob@wellsfargo.com

By:       */s/ Thomas O. Jacob*
                THOMAS O. JACOB

Attorney for Defendants
WELLS FARGO DEFENDANTS