1  MARC T.G. DWORSKY (SBN 157413)
   Marc.Dworsky@mto.com
2  KATHLEEN M. MCDOWELL (SBN 115976)
   Kathleen.McDowell@mto.com
3  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 25th floor
4  Los Angeles, CA  90071-1560
   Telephone:     (213) 683-9100
5  Facsimile:     (213) 687-3702

6  DAVID H. FRY (SBN 189276)
   David.Fry@mto.com
7  JENNY H. HONG (SBN 251751)
   Jenny.Hong@mto.com
8  MUNGER, TOLLES & OLSON LLP
   560 Mission Street,  27th floor
9  San Francisco, CA 94105-2907
   Telephone:     (415) 512-4000
10 Facsimile:     (415) 512-4077

11 Attorneys for Defendants
   WELLS FARGO DEFENDANTS AND THE
12 INDIVIDUAL DEFENDANTS

13 [Additional Counsel Listed on Signature Page]

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                          SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI) <br><br> **CONSOLIDATED CLASS ACTION ECF** <br><br> **NOTICE OF MANUAL FILING** <br><br> DATE:    January 29, 2010 <br> TIME:    9:00 a.m. <br> CTRM:    10 |

9130480.2

NOTICE OF MANUAL FILING;
CASE NO. 09-01376-SI

Regarding:

**Exhibits 33 to 86 to the Request for Judicial Notice in Support of Wells Fargo Defendants' and Individual Defendants' Motion to Dismiss the Consolidated Complaint.**

The foregoing documents are being filed in CD form only and are being maintained in the case file in the Clerk's office. If you are a party in the above-captioned action, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because of the length of the exhibits.

DATED: October 30, 2009

MUNGER, TOLLES & OLSON LLP
  MARC T.G. DWORSKY
  KATHLEEN M. MCDOWELL
  DAVID H. FRY
  JENNY H. HONG

By: _____*/s/ David H. Fry*_____
         DAVID H. FRY

Attorneys for Defendants
WELLS FARGO DEFENDANTS AND THE INDIVIDUAL DEFENDANTS

DATED: October 30, 2009

WELLS FARGO & CO.
Office of General Counsel
MAC A0194-266
45 Fremont Street, 26th floor
San Francisco, CA  94105
Telephone:    (415) 396-4425
Facsimile:    (415) 975-7864
tojacob@wellsfargo.com

By: _____*/s/ Thomas O. Jacob*_____
         THOMAS O. JACOB

Attorney for Defendants
WELLS FARGO DEFENDANTS