BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
MATTHEW J. JUBENVILLE (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees'
Retirement Association, Government of Guam Retirement Fund,
New Orleans Employees' Retirement System, and Louisiana
Sheriffs' Pension and Relief Fund*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-SI<br><br>CONSOLIDATED CLASS ACTION ECF<br><br>**DECLARATION OF SERVICE** |
|---|---|

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on December 15, 2009, true and correct copies of the following documents:

- LEAD PLAINTIFFS' OPPOSITION TO THE RATING AGENCY DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED COMPLAINT; and
- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

3. I further declare that, pursuant to Civil L.R. 23-2, on this date I served copies of the above documents on the Securities Class Action Clearinghouse by electronic mail through the following electronic mail address provided by the Securities Class Action Clearinghouse:

scac@law.stanford.edu

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 15th day of December 2009.

_____
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

## SERVICE LIST

| Attorneys for Plaintiff General Retirement System of the City of Detroit ||
|---|---|
| Betsy Carol Manifold<br>Francis M. Gregorek<br>Rachele R. Rickert<br>**WOLF HANDELSTEIN ADLER FREEMAN & HERZ LLP**<br>Symphony Towers, Suite 2770<br>7050 "B" Street<br>San Diego, CA 92101<br>Tel: (619) 239-4599<br>Fax: (619) 234-4599<br>manifold@whafh.com<br>gregorek@whafh.com<br>rickert@whafh.com<br><br>*****ECF** | |
| **Attorneys for Movant Institutional Investor Group** ||
| Darren J. Robbins<br>Erik D. Peterson<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS**<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 231-1058<br>E_file_sd@csgrr.com<br>epeterson@csgrr.com<br><br>*****ECF** | Shawn A. Williams<br>**COUGHLIN STOIA GELLER RUDMAN & ROBBINS**<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 288-4545<br>Fax: (415) 288-4534<br>Shawn2@csgrr.com<br><br>*****ECF** |
| **Attorneys for Wells Fargo Defendants** ||
| Bruce A. Ericson<br>Andrew D. Lamphere<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>50 Fremont Street<br>San Francisco, CA 94105-2228<br>Tel: (415) 983-1000<br>Fax: (415) 983-1200<br>bruce.ericson@pillsburylaw.com<br>alanphere@pillsburywinthrop.com<br><br>*****ECF** | Gregory A. Markel<br>Ronit Setton<br>Amanda Kosowsky<br>**CADWALADER, WICKERSHAM & TAFT LLP**<br>One World Financial Center<br>New York, NY 10281<br>Tel: (212) 504-6000<br>Fax: (212) 504-6666<br>greg.markel@cwt.com<br>ronit.setton@cwt.com<br>amanda.kosowsky@cwt.com<br><br>*****ECF** |

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

| | |
|---|---|
| *Attorneys for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Morgan Stanley & Co. Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Credit Suisse Securities (USA) LLC, Barclays Capital, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.* | |
| William G. McGuinness<br>Stephanie J. Goldstein<br>**FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br><br>*EMAIL | |
| *Attorneys for Defendant Moody's Investors Service, Inc.* | |
| Keith E. Eggleton<br>David A. McCarthy<br>**WILSON SONSINI GOODRICH & ROSATI**<br>650 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 849-3011<br>Fax: (650) 565-5100<br>keggleton@wsgr.com<br>dmccarthy@wsgr.com<br><br>*ECF | |
| *Attorneys for Defendant McGraw-Hill Companies, Inc.* | |
| David T. Biderman<br>Judith B. Gitterman<br>Farschad Farzan<br>**PERKINS COIE LLP**<br>Four Embarcadero Center, Suite 2400<br>San Francisco, CA 94111<br>Tel: (415) 344-7000<br>Fax: (415) 344-7050<br>dbiderman@perkinscoie.com<br>jgitterman@perkinscoie.com<br>ffarzan@perkinscoie.com<br><br>*ECF | Floyd Abrams<br>Adam Zurofsky<br>Tammy L. Roy<br>**CAHILL GORDON & REINDEL LLP**<br>80 Pine Street<br>New York, NY 10005<br>Tel: (212) 701-3000<br>Fax: (212) 269-5420<br>fabrams@cahill.com<br>azurofsky@cahill.com<br>troy@cahill.com<br><br>*ECF |

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

| Attorneys for Defendant Fitch Ratings, Inc. ||
|---|---|
| Stephen E. Taylor<br>Jayesh Hines-Shah<br>Jonathan A. Patchen<br>**TAYLOR & COMPANY LAW OFFICES, LLP**<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Tel: (415) 788-8200<br>Fax: (415) 788-8208<br>staylor@tcolaw.com<br>jhinesshah@tcolaw.com<br>jpatchen@tcolaw.com<br>*ECF | Martin Flumenbaum<br>Andrew J. Erhlich<br>Tobias J. Stern<br>Jason D. Williamson<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel: (212) 373-3000<br>Fax: (212) 757-3990<br>mflumenbaum@paulweiss.com<br>aehrlich@paulweiss.com<br>tstern@paulweiss.com<br>jwilliamson@paulweiss.com<br>*EMAIL |

12/15/2009

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI