1   MARC T.G. DWORSKY (SBN 157413)
    Marc.Dworsky@mto.com
2   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 25th floor
3   Los Angeles, CA  90071-1560
    Telephone:    (213) 683-9100
4   Facsimile:    (213) 687-3702

5   DAVID H. FRY (SBN 189276)
    David.Fry@mto.com
6   JENNY H. HONG (SBN 251751)
    Jenny.Hong@mto.com
7   MUNGER, TOLLES & OLSON LLP
    560 Mission Street,  27th floor
8   San Francisco, CA 94105-2907
    Telephone:    (415) 512-4000
9   Facsimile:    (415) 512-4077

10  Attorneys for Defendants
    WELLS FARGO DEFENDANTS AND THE
11  INDIVIDUAL DEFENDANTS

12  [Additional Counsel Listed on Signature Page]

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17                                          Civil Action No. 09-01376 (SI)
    IN RE WELLS FARGO MORTGAGE-
18  BACKED CERTIFICATES               **CONSOLIDATED CLASS ACTION**
    LITIGATION                        **ECF**
19
                                      **SUPPLEMENTAL REQUEST FOR**
20                                    **JUDICIAL NOTICE IN SUPPORT OF**
                                      **WELLS FARGO DEFENDANTS' AND**
21                                    **INDIVIDUAL DEFENDANTS' MOTION**
                                      **TO DISMISS THE CONSOLIDATED**
22                                    **COMPLAINT**

23                                    DATE:    January 29, 2010
                                      TIME:    9:00 a.m.
24                                    CTRM:    10

25

26

27

28

1

**SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE**

2    Pursuant to Federal Rule of Evidence 201, defendants Wells Fargo Asset Securities

3  Corporation and Wells Fargo Bank, N.A. (collectively, the "Wells Fargo Defendants") and David

4  Moskowitz, Franklin Codel, Thomas Neary, and Douglas K. Johnson (collectively, the

5  "Individual Defendants," and with the Wells Fargo Defendants, the "Defendants") respectfully

6  request that the Court take judicial notice of the documents filed herewith as Exhibits 87-91 to

7  this request.

8    Federal Rule of Evidence 201 authorizes federal courts to take judicial notice of

9  documents that are "not subject to reasonable dispute [and] . . . capable of accurate and ready

10  determination by resort to sources whose accuracy cannot reasonably be questioned."  Fed. R.

11  Evid. 201.  Federal courts routinely find that news articles are an appropriate subject for judicial

12  notice.[1]  *See, e.g.*, *Heliotrope Gen., Inc. v. Ford Motor Co.*, 189 F.3d 971, 981 n.18 (9th Cir.

13  1999); *Rubke v. Capital Bancorp*, 2006 WL 1699569, at \*12 (N.D. Cal. June 16, 2006); *In re*

14  *Portal Software, Inc. Sec. Litig.*, 2005 WL 1910923, at \*4 (N.D. Cal. Aug. 10, 2005).  Courts

15  have also taken judicial notice of Congressional hearing transcripts because "they are the types of

16  documents for which the accuracy cannot reasonably be questioned."  *321 Studios v. Metro*

17  *Goldwyn Mayer Studios, Inc.*, 307 F. Supp. 2d 1085, 1107 (N.D. Cal. 2004).

18    Defendants respectfully request that the Court take judicial notice of the documents filed

19  herewith as Exhibits 87-91 to this request.  All of these matters are properly the subject of judicial

20  notice.

21    Exhibit 87: True and correct copies of testimonies from *The Role and Impact of Credit*

22  *Rating Agencies on the Subprime Credit Markets*, held before the Senate Banking Committee on

23  Wednesday, September 26, 2007, including a true and correct copy of the list of witnesses.

24    Exhibit 88: A true and correct copy of *Senators Accuse Rating Agencies of Conflicts of*

25  *Interest in Market Turmoil*, N.Y. TIMES, Sept. 26, 2007.

26

---

[1] This is not to say that a court may always take judicial notice of the truth of facts or events
27  reported in a news article, only that the fact of publication and the statements made therein are
matters that may readily be determined by resort to sources whose accuracy cannot reasonably be
28  questioned.

SUPPLEMENTAL RJN ISO MOT. TO DISMISS
OF WELLS FARGO DEFS AND INDIVIDUAL DEFS
CASE NO. 09-01376-SI

1    Exhibit 89: A true and correct copy of *Fitch Affirms 2 and Downgrades 4 of Wells Fargo*

2    *Alternative Loan Trust 2007-PA1*, Fitch Ratings, Jan. 18, 2008.

3    Exhibit 90: A true and correct copy of *Fitch Takes Various Actions on 7 Wells Fargo*

4    *Alternative Loan Trust Alt-A Transactions*, Fitch Ratings, May 20, 2008, including a true and

5    correct copy of the spreadsheet referenced therein.

6    Exhibit 91: A true and correct copy of Wells Fargo & Company Annual Report 2007, a

7    copy of which was filed with the Securities and Exchange Commission on March 18, 2008.

8

9    DATED: January 15, 2010                   MUNGER, TOLLES & OLSON LLP
                                                MARC T.G. DWORSKY
10                                              DAVID H. FRY
                                                JENNY H. HONG
11

12                                              By:        */s/ David H. Fry*
13                                                          DAVID H. FRY

14                                              Attorneys for Defendants
                                                WELLS FARGO DEFENDANTS AND THE
15                                              INDIVIDUAL DEFENDANTS

16

17   DATED: January 15, 2010                   WELLS FARGO & CO.
                                                Office of General Counsel
18                                              MAC A0194-266
                                                45 Fremont Street, 26th floor
19                                              San Francisco, CA  94105
                                                Telephone:    (415) 396-4425
20                                              Facsimile:    (415) 975-7864
                                                tojacob@wellsfargo.com
21

22                                              By:        */s/ Thomas O Jacob*
23                                                          THOMAS O. JACOB

24                                              Attorney for Defendants
                                                WELLS FARGO DEFENDANTS

25

26

27

28

SUPPLEMENTAL RJN ISO MOT. TO DISMISS
OF WELLS FARGO DEFS AND INDIVIDUAL DEFS
CASE NO. 09-01376-SI