# Exhibit 90



Fitch : Info Center : Press Releases

# Fitch Takes Various Actions on 7 Wells Fargo Alternative Loan Trust Alt-A Transactions

Ratings
20 May 2008 4:43 PM (EDT)

Fitch Ratings-New York-20 May 2008: Fitch Ratings has taken rating actions on the mezzanine/subordinate bonds of the following Wells Fargo Alternative Loan Trust transactions listed below:

--Wells Fargo Alternative Loan 2005-1;
--Wells Fargo Alternative Loan 2007-PA1;
--Wells Fargo Alternative Loan 2007-PA2;
--Wells Fargo Alternative Loan 2007-PA3;
--Wells Fargo Alternative Loan 2007-PA4;
--Wells Fargo Alternative Loan 2007-PA5 ;
--Wells Fargo Alternative Loan 2007-PA6.

A spreadsheet detailing Fitch's rating actions on the transactions in question is available on the Fitch Ratings web site at 'www.fitchratings.com' under the following headers:

Structured Finance >> RMBS >> Research Highlights

The rating actions taken today reflect Fitch's analysis of expected default and loss from delinquent loans, in addition to projected losses from the currently performing pool. Fitch generates its expectations using its ResiLogic default and loss model. These expectations are adjusted based on actual performance to-date versus model projected performance. The model incorporates the impact of historical home price movements on mortgage performance, in addition to projecting further stress for many regions of the U.S. The model also reflects the demonstrated high default rates for loans that exhibit risk-layering.

The details of the application of ResiLogic to seasoned mortgage pools, and the specific assumptions used for the Alt-A review, will be described in research to be released shortly.

Fitch is completing its review of the 2005-2007 Alt-A transactions in two separate phases. The first phase will be a review of all mezzanine and subordinated bonds, which are more immediately exposed to delinquency losses. This phase is currently nearing completion. The second phase, which will begin shortly, will be a review of all the senior bonds that, in many instances, require additional cash flow analysis to evaluate the risk of the various individual classes within the senior tranche. Most notably, the use of super-senior structures will be considered in evaluating senior bonds.

Additional details are available in the following reports, also available at 'www.fitchratings.com' under:

Structured Finance >> RMBS >> Special Reports

--'Drivers of 2006-2007 Alt-A Collateral Performance' (May 7, 2008);
--'U.S. Alt-A RMBS Performance Deteriorating Rapidly, Fitch Initiates Extensive' (Mar. 6, 2008);
--'Alt A Bonds Placed on Rating Watch Negative - Amended' (Mar. 20, 2008).

Further information regarding current delinquency, loss, and credit enhancement statistics is also available at 'www.fitchratings.com'.

Contact: Tara Sweeney +1-212-908-0347 or Michele Patterson +1-212-908-0779, New York.

Media Relations: Sandro Scenga, New York, Tel: +1 212-908-0278.

Fitch's rating definitions and the terms of use of such ratings are available on the agency's public site, 'www.fitchratings.com'. Published ratings, criteria and methodologies are available from this site, at all times. Fitch's code of conduct, confidentiality, conflicts of interest, affiliate firewall, compliance and other relevant policies and procedures are also available from the 'Code of Conduct' section of this site.

Copyright © 2010 by Fitch, Inc., Fitch Ratings Ltd. and its subsidiaries.

# FitchRatings
**KNOW YOUR RISK**

**Fitch Takes Various Actions on Wells Fargo Alt-A RMBS**

| Issuing Entity | Class | CUSIP | Prior Rating | New Rating | Distressed Recovery Rating | Rating Action | Rating Watch | Rating Action Effective Date |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Alternative Loan 2005-1 | I-A-1 | 94981FAA0 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | I-A-2 | 94981FAB8 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | I-A-3 | 94981FAC6 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-1 | 94981FAE2 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-2 | 94981FAF9 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-3 | 94981FAG7 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-4 | 94981FAH5 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | III-A-1 | 94981FAJ1 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | III-A-2 | 94981FAK8 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | I-A-PO | 94981FAL6 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | I-A-WIO | 94981FAM4 | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-PO | | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | II-A-WIO | | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | III-A-PO | | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | III-A-WIO | | AAA | AAA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | B-1 | 94981FAN2 | AA | AA | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | B-2 | 94981FAP7 | A | A | | Affirmed | | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | B-3 | 94981FAQ5 | BBB | BBB | | Affirmed | | 5/20/2008 |

# FitchRatings
**KNOW YOUR RISK**

**Fitch Takes Various Actions on Wells Fargo Alt-A RMBS**

| Issuing Entity | Class | CUSIP | Prior Rating | New Rating | Distressed Recovery Rating | Rating Action | Rating Watch | Rating Action Effective Date |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Alternative Loan 2005-1 | B-4 | 94981FAR3 | BB | BB | | Rating Watch On | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2005-1 | B-5 | 94981FAS1 | B | CCC | DR2 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA1 | B-1 | 94984TAS8 | AA | BBB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA1 | B-2 | 94984TAT6 | A- | B | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA1 | B-3 | 94984TAU3 | BB+ | CCC | DR2 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA1 | B-4 | 94984TAV1 | B | CC | DR3 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA1 | B-5 | 94984TAW9 | C | C | DR6 | Distressed Recovery Rating Revision | | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA2 | B-1 | 94985FAU2 | AA | BBB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA2 | B-2 | 94985FAV0 | A | BB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA2 | B-3 | 94985FAW8 | BBB | CCC | DR2 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA2 | B-4 | 94985FAX6 | BB | CC | DR3 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA2 | B-5 | 94985FAY4 | B | C | DR6 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA3 | B-1 | 94985GAU0 | AA | BBB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA3 | B-2 | 94985GAV8 | A | B | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA3 | B-3 | 94985GAW6 | BBB | CCC | DR2 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA3 | B-4 | 94985GAX4 | BB | CC | DR3 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA3 | B-5 | 94985GAY2 | B | C | DR6 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-1 | 94984UAR7 | AA | BBB | | Downgrade | Negative | 5/20/2008 |

2

# FitchRatings
KNOW YOUR RISK

**Fitch Takes Various Actions on Wells Fargo Alt-A RMBS**

| Issuing Entity | Class | CUSIP | Prior Rating | New Rating | Distressed Recovery Rating | Rating Action | Rating Watch | Rating Action Effective Date |
|---|---|---|---|---|---|---|---|---|
| Wells Fargo Alternative Loan 2007-PA4 | B-2 | 94984UAS5 | A+ | BB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-3 | 94984UAT3 | A | B | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-4 | 94984UAU0 | A- | B | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-5 | 94984UAV8 | BBB | CCC | DR2 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-6 | 94984UAW6 | BB | C | DR6 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA4 | B-7 | 94984UAX4 | B | C | DR6 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA5 | B-2 | 949922AX6 | A | A | | Rating Watch Review | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA5 | B-3 | 949922AY4 | BBB | BBB | | Rating Watch Review | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA5 | B-4 | 949922AZ1 | BB | B | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA5 | B-5 | 949922BA5 | B | CC | DR3 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA6 | B-1 | 94985KAE7 | AA | AA | | Rating Watch Review | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA6 | B-2 | 94985KAF4 | A | A | | Rating Watch Review | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA6 | B-3 | 94985KAG2 | BBB | BB | | Downgrade | Negative | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA6 | B-4 | 94985KAH0 | BB | CC | DR3 | Downgrade | Off | 5/20/2008 |
| Wells Fargo Alternative Loan 2007-PA6 | B-5 | 94985KAJ6 | B | C | DR6 | Downgrade | Off | 5/20/2008 |

**\*\*PLEASE SEE "DISCLAIMER" TAB FOR IMPORTANT LEGAL INFORMATION\*\***

3

**FitchRatings**
KNOW YOUR RISK

Copyright © 2008 by Fitch, Inc., Fitch Ratings Ltd. and its subsidiaries. One State Street Plaza, NY, NY 10004.
Telephone: 1-800-753-4824, (212) 908-0500. Fax: (212) 480-4435. Reproduction or retransmission in whole or in part is prohibited except by permission. All rights reserved. All of the information contained herein has been obtained from sources which Fitch believes are reliable, but Fitch does not verify the truth or accuracy of the information. The information in this report is provided "as is" without any representation or warranty of any kind. A Fitch rating is an opinion as to the creditworthiness of a security, not a recommendation to buy, sell or hold any security.