UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | CASE NO.: 09-CV-1376-SI<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JAMES REGAN *PRO HAC VICE* |

RECEIVED 2010 JAN 12 P 2:52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CA.

FILED
JAN 19 2010
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JAMES REGAN, whose business address and telephone number is 230 Park Avenue, New York, NY 10169 (212) 818-9200 and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled actions for admission to practice in the Northern District of California on a pro hac vice basis, representing Moody's Investors Service, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1/15/10

_____
District Judge Susan Illston

-1-

3766040_1.DOC