IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM, | No. C 09-01376SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WELLS FARGO MORTGAGE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT motions and the case management conference previously scheduled to occur on Friday, January 29, 2010, have been continued Friday, February 19, 2010, at 9:00 a.m. and the case management conference will be held that same day at 2:30 p.m.

Dated: January 26, 2010

RICHARD W. WIEKING, Clerk

Tracy Porakis
Deputy Clerk