PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON (SBN 76342)
bruce.ericson@pillsburylaw.com
ANDREW D. LANPHERE (SBN 191479)
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 7880
San Francisco, California 94120-7880
Telephone:     (415) 983-1000
Facsimile:     (415) 983-1200

William G. McGuinness (pro hac vice)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (pro hac vice)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (pro hac vice)
shahzeb.lari@friedfrank.com
FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:     (212) 859-4000

Attorneys for Defendants Goldman, Sachs & Co.,
Morgan Stanley & Co. Incorporated, JP Morgan
Securities, Inc. *as successor-in-interest to* Bear, Stearns
& Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank
Securities, Inc., UBS Securities, LLC, Credit Suisse
Securities (USA) LLC, RBS Securities, Inc., Barclays
Capital, Inc., Banc of America Securities, LLC, HSBC
Securities (USA), Inc., Citigroup Global Markets, Inc.,
Countrywide Securities Corporation and Merrill Lynch,
Pierce, Fenner & Smith, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. C-09-1376 (SI) |
| | **CONSOLIDATED CLASS ACTION** |
| | **ECF** |
| | **STATEMENT OF RECENT DECISION** |
| | Date:       February 19, 2010 |
| | Time:       9 a.m. |
| | Courtroom:  10, 19th Floor |
| | Judge:      Hon. Susan Illston |

Pursuant to Civil L.R. 7-3(d), the Underwriter Defendants respectfully submit, as Exhibit A hereto, a true and correct copy of the January 28, 2010 transcript of oral argument, and ruling from the bench, on the motion to dismiss claims under Sections 11 and 12(a)(2) of the Securities Act of 1933 filed by the Defendants in the matter of *NECA-IBEW Health & Welfare Fund, et al. v. Goldman Sachs & Co., et al.* (No. 08-CV-10783) pending in the United States District Court for the Southern District of New York before the Honorable Miriam G. Cedarbaum.  Judge Cedarbaum's ruling granting the motion to dismiss for lack of standing appears on pages 40-43 of the transcript.  The ruling has relevance to the arguments made by the Underwriter Defendants in their moving papers (Doc. 160, at 4-9) and in their reply (Doc. 179, at 7-12).

Dated:  February 2, 2010

PILLSBURY WINTHROP SHAW PITTMAN LLP

By:____/s/____Bruce A. Ericson_____
        Bruce A. Ericson

50 Fremont Street
San Francisco, California  94105-2228
Telephone:     (415) 983-1000
Facsimile:      (415) 983-1200
bruce.ericson@pillsbury.com

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

William G. McGuinness
Stephanie J. Goldstein
Shahzeb Lari
One New York Plaza
New York, New York  10004
Telephone:     (212) 859-8000
Facsimile:      (212) 859-4000
william.mcguinness@friedfrank.com
stephanie.goldstein@friedfrank.com
shahzeb.lari@friedfrank.com

*Attorneys for Underwriter Defendants*

7573376