1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON (SBN 76342)
2  bruce.ericson@pillsburylaw.com
   ANDREW D. LANPHERE (SBN 191479)
3  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, California 94120-7880
5  Telephone:   (415) 983-1000
   Facsimile:    (415) 983-1200
6
   William G. McGuinness (pro hac vice)
7  william.mcguinness@friedfrank.com
   Stephanie J. Goldstein (pro hac vice)
8  stephanie.goldstein@friedfrank.com
   Shahzeb Lari (pro hac vice)
9  shahzeb.lari@friedfrank.com
   FRIED, FRANK, HARRIS, SHRIVER
10    & JACOBSON LLP
   One New York Plaza
11 New York, New York 10004
   Telephone:   (212) 859-8000
12 Facsimile:    (212) 859-4000

13 Attorneys for Defendants Goldman, Sachs & Co.,
   Morgan Stanley & Co. Incorporated, JP Morgan
14 Securities, Inc. *as successor-in-interest to* Bear, Stearns
   & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank
15 Securities, Inc., UBS Securities, LLC, Credit Suisse
   Securities (USA) LLC, RBS Securities, Inc., Barclays
16 Capital, Inc., Banc of America Securities, LLC, HSBC
   Securities (USA), Inc., Citigroup Global Markets, Inc.,
17 Countrywide Securities Corporation and Merrill Lynch,
   Pierce, Fenner & Smith, Inc.
18

19             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
20                 SAN FRANCISCO DIVISION

21
   IN RE WELLS FARGO MORTGAGE-        Case No. C-09-1376 (SI)
22 BACKED CERTIFICATES LITIGATION
                                      **CONSOLIDATED CLASS ACTION**
23                                    **ECF**

24                                    **PROOF OF SERVICE –
                                      VIA U.S. MAIL**
25

26                                    Date:       February 19, 2010
                                      Time:       9 a.m.
27                                    Courtroom:  10, 19th Floor
                                      Judge:      Hon. Susan Illston
28

---

I, <u>Winnifred J. Girard</u>, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

4. On February 2, 2010, at 50 Fremont Street, San Francisco, California, I served a true copy of the attached document(s) titled exactly <u>STATEMENT OF RECENT DECISION</u> by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of February, 2010, at San Francisco, California.

*/s/ Winnifred J. Girard*

2

PROOF OF SERVICE – VIA U.S. MAIL
Case No. C-09-1376 (SI)

## Service List

Andrew J. Ehrlich
Martin Flumenbaum
Tobias J. Stern
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

James Regan
James J. Coster
Joshua M. Rubins
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Shahzeb Lari
Stephanie J. Goldstein
William G. McGuinness
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

REPLY MEMORANDUM
Case No. C-09-1376 (SI)