| | |
|---|---|
| 1 | David T. Biderman, Bar No. 101577 |
| 2 | Judith B. Gitterman, Bar No. 115661 |
| | Farschad Farzan, Bar No. 215194 |
| 3 | PERKINS COIE LLP |
| | Four Embarcadero Center, Suite 2400 |
| 4 | San Francisco, California 94111 |
| | Telephone: (415) 344-7000 |
| 5 | Facsimile: (415) 344-7050 |
| 6 | Floyd Abrams (admitted *pro hac vice*) |
| | Adam Zurofsky (admitted *pro hac vice*) |
| 7 | Tammy L. Roy (admitted *pro hac vice*) |
| | CAHILL GORDON & REINDEL LLP |
| 8 | 80 Pine Street |
| | New York, New York 10005 |
| 9 | Telephone: (212) 701-3000 |
| | Facsimile: (212) 269-5420 |
| 10 | *Attorneys for Defendant* |
| 11 | *The McGraw-Hill Companies, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Civil Action No. 09-01376 (SI) |
| | **CONSOLIDATED CLASS ACTION** |
| | **ECF** |
| | **PROOF OF SERVICE BY MAIL** |
| | DATE: February 19, 2010 |
| | TIME: 9:00 a.m. |
| | CTRM: 10 |
| | JUDGE: Hon. Susan Illston |

PROOF OF SERVICE BY MAIL
No. 09-01376 (SI)

# PROOF OF SERVICE

I, Helen E. Mays, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1888 Century Park East, Suite 1700, Los Angeles, CA 90067. On February 3, 2010, I served a copy of the within document(s):

**STATEMENT OF RECENT DECISION: MEMORANDUM OPINION**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☑ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Andrew J. Ehrlich, Esq.
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064

James Regan, Esq.
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Shahzeb Lari, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

James J. Coster, Esq.
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY 10169

Joshua M. Rubins, Esq.
Satterlee Stephens Burke & Burke
230 Park Ave
New York, NY 10169-0079

Martin Flumenbaum, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019

| | |
|---|---|
| Stephanie J. Goldstein, Esq.<br>Fried Frank Harris Shriver &<br>Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | Tobias J. Stern, Esq.<br>Paul Weiss Rifkind Wharton & Garrison LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064 |
| William G. McGuinness, Esq.<br>Fried Frank Harris Shriver &<br>Jacobson LLP<br>One New York Plaza<br>New York, NY 10004 | |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 3, 2010, at Los Angeles, California.

*/s/ Helen E. Mays*
Helen E. Mays