1    MARC T.G. DWORSKY (SBN 157413)
     Marc.Dworsky@mto.com
2    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, 25th floor
3    Los Angeles, CA  90071-1560
     Telephone:     (213) 683-9100
4    Facsimile:     (213) 687-3702

5    DAVID H. FRY (SBN 189276)
     David.Fry@mto.com
6    JENNY H. HONG (SBN 251751)
     Jenny.Hong@mto.com
7    MUNGER, TOLLES & OLSON LLP
     560 Mission Street,  27th floor
8    San Francisco, CA 94105-2907
     Telephone:     (415) 512-4000
9    Facsimile:     (415) 512-4077

10   Attorneys for Defendants
     WELLS FARGO DEFENDANTS AND THE
11   INDIVIDUAL DEFENDANTS

12   [Additional counsel listed on signature page]

13

### UNITED STATES DISTRICT COURT

14

### NORTHERN DISTRICT OF CALIFORNIA

15

### SAN FRANCISCO DIVISION

16

17

18   IN RE WELLS FARGO MORTGAGE-
19   BACKED CERTIFICATES LITIGATION

     Civil Action No. 09-01376 (SI)

**CONSOLIDATED CLASS ACTION ECF**

**STIPULATION AND [PROPOSED] ORDER REQUESTING  A CONTINUANCE OF THE HEARING ON THE MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE; DECLARATION OF DAVID H. FRY IN SUPPORT THEREOF**

Judge:    Hon. Susan Illston

WHEREAS, on August 31, 2009, the Alameda County Employees' Retirement Association, the Government of Guam Retirement Fund, the New Orleans Employees' Retirement System, and the Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") filed the Consolidated Class Action Complaint For Violations of §§ 11, 12(a)(2) And 15 Of The Securities Act Of 1933 ("Complaint");

WHEREAS, on October 30, 2009, Defendants moved to dismiss the Complaint, Lead Plaintiffs have opposed such motions, and the motions are fully briefed;

WHEREAS, the Court issued a notice on January 26, 2010 continuing the hearing and Case Management Conference from January 29, 2010 to February 19, 2010;

WHEREAS, Thomas O. Jacob, in-house counsel at Wells Fargo & Co., is counsel of record for Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (the "Wells Fargo Defendants") and will be out of the country on February 19, 2010;

WHEREAS, the next date on which all defense counsel are available is March 19, 2010;

WHEREAS, the Wells Fargo Defendants requested, and Lead Plaintiffs have agreed, to request to continue the hearing and Case Management Conference to March 19, 2010.

THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties herein, that:

The parties request that the hearing scheduled for February 19, 2010 be continued to March 19, 2010 at 9:00 a.m. and the Case Management Conference scheduled for February 19, 2010 be continued to March 19, 2010 at 2:30 p.m.

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

1

2   Dated:  February 11, 2010

3

4

5

6

7

8

9

10

11

12

13

14   Dated:  February 11, 2010

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP

DAVID R. STICKNEY
TIMOTHY A. DeLANGE
MATTHEW P. JUBENVILLE
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com

　　　/s/ David R. Stickney
　　　DAVID R. STICKNEY

*Attorneys for Lead Plaintiffs Alameda
County Employees' Retirement Association,
Government of Guam Retirement Fund,  New
Orleans Employees' Retirement System and
Louisiana Sheriffs' Pension and Relief Fund*

MUNGER, TOLLES & OLSON LLP
MARC T.G. DWORSKY
Marc.Dworsky@mto.com
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
Tel:    (213) 683-9100
Fax:    (213) 687-3702

DAVID H. FRY
David.Fry@mto.com
JENNY H. HONG
Jenny.Hong@mto.com
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Tel:    (415) 512-4000
Fax:    (415) 512-4077

　　　/s/ David H. Fry
　　　DAVID H. FRY

*Attorneys for the Wells Fargo Defendants and the
Individual Defendants*

- 3 -

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WELLS FARGO & CO.
THOMAS O. JACOB
Office of General Counsel
MAC A0194-266
45 Fremont Street, 26th floor
San Francisco, CA  94105
Tel:     (415) 396-4425
Fax:     (415) 975-7864
tojacob@wellsfargo.com

*Attorney for the Wells Fargo Defendants*

Dated:  February 11, 2010

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel:     (415) 983-1560
Fax:     (415) 983-1200

_____/s/ Bruce A. Ericson_____
BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

Dated:  February 11, 2010

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:     (212) 859-8000
Facsimile:     (212) 859-4000

_____/s/  Shazeb Lari_____
SHAZEB LARI

*Attorneys for the Underwriter Defendants*

- 4 -

1    Dated:  February 11, 2010                SATTERLEE STEPHENS BURKE & BURKE LLP
                                              JAMES J. COSTER (*pro hac vice*)
2                                             JOSHUA M. RUBINS
                                              230 Park Avenue, Suite 1130
3                                             New York, NY  10169-0079
                                              Tel.:   (212) 818-9200
4                                             Fax:    (212) 818-9606

5
                                              WILSON SONSINI GOODRICH & ROSATI
6                                             KEITH E. EGGLETON
                                              DAVID McCARTHY
7                                             650 Page Mill Road
                                              Palo Alto, CA 94304
8                                             Tel:    (650) 320-4893
                                              Fax:    (650) 565-5100
9
                                                   /s/ David McCarthy
10                                                 DAVID McCARTHY

11                                            *Attorneys for Defendant Moody's Investors Service,*
12                                            *Inc.*

13   Dated:  February 11, 2010                CAHILL GORDON & REINDEL LLP
                                              FLOYD ABRAMS (*pro hac vice*)
14                                            ADAM ZUROFSKY (*pro hac vice*)
                                              TAMMY ROY (*pro hac vice*)
15                                            80 Pine Street
16                                            New York, NY 10005
                                              Tel:    (212) 701-3000
17                                            Fax:    (212) 269-5420

18                                            PERKINS COIE LLP
19                                            DAVID T. BIDERMAN
                                              Four Embarcadero Center, Suite 2400
20                                            San Francisco, CA 94111
                                              Tel:    (415) 344-7000
21                                            Fax:    (415) 344-7050

22
                                                   /s/ David T. Biderman
23                                                 DAVID T. BIDERMAN

24                                            *Attorneys for Defendant*
                                              *The McGraw-Hill Companies, Inc.*
25

26

27

28

                                              - 5 -                STIPULATION AND [PROPOSED] ORDER
                                                                  REQUESTING A CONTINUANCE
                                                                  CASE NO. 09-1376-SI

1

Dated:  February 11, 2010                    PAUL, WEISS, RIFKIND, WHARTON
2                                            & GARRISON LLP
                                             MARTIN FLUMENBAUM (*pro hac vice*)
3                                            ANDREW J. EHRLICH (*pro hac vice*)
                                             TOBIAS J. STERN (*pro hac vice*)
4                                            1285 Avenue of the Americas
                                             New York, NY 10019-6064
5                                            Tel:     (212) 373-3000
6                                            Fax:     (212) 373-3990

7
                                                  /s/ *Andrew J. Ehrlich*
8                                                 ANDREW J. EHRLICH

9
                                             TAYLOR & COMPANY LAW OFFICES, LLP
10                                           STEPHEN E. TAYLOR
                                             JAY HINES-SHAH
11                                           One Ferry Building, Suite 355
                                             San Francisco, CA 94111
12                                           Tel:     (415) 788-8200
13                                           Fax:     (415) 788-8208

14                                           *Attorneys for Defendant Fitch, Inc.*
                                             *(d/b/a Fitch Ratings)*
15

16

17   Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I

18   attest under penalty of perjury that concurrence in the filing of the document has been obtained

19   from each of the other signatories listed above.

20
                                                  /s/ *David H. Fry*
21                                                DAVID H. FRY

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

1

## DECLARATION OF DAVID H. FRY

2

I, DAVID H. FRY, DECLARE AS FOLLOWS:

3      1.      I am an attorney duly licensed to practice in the State of California and before the

4  United States District Court for the Northern District of California.  I am an attorney with the law

5  firm of Munger, Tolles & Olson LLP, and counsel of record for Defendants Wells Fargo Asset

6  Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Douglas K.

7  Johnson, and Thomas Neary in the above-captioned action.  I have personal knowledge of the

8  matters stated below except those matters stated on information and belief which I am informed

9  and believe are true.  If called as a witness in this action, I could and would testify competently to

10  the contents of this declaration.

11      1.      On September 17, 2009, the Court issued an order setting a hearing for

12  Defendants' motions to dismiss and a Case Management Conference on January 29, 2010.  On

13  October 5, 2009, the parties filed a stipulation agreeing to revise the previously negotiated

14  briefing schedule but retaining the January 29, 2010 date set by the Court, and the Court signed

15  an order to this effect on October 7, 2009.  On January 26, 2010, the Court issued a notice

16  continuing the hearing and Case Management Conference to February 19, 2010;

17      2.      I am informed and believe that Thomas O. Jacob, in-house counsel at Wells Fargo

18  & Co. and counsel of record for Defendants Wells Fargo Asset Securities Corporation and Wells

19  Fargo Bank, N.A., will be out of the country on February 19, 2010.  I have communicated via

20  electronic mail with all defense counsel, and based on their various responses, I am informed and

21  believe that the next Friday on which all are available is March 19, 2010.

22      3.      Continuing the hearing on the motions to dismiss and the Case Management

23  Conference would not affect or displace other deadlines in this case, as none has been set yet.

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

1    I declare under penalty of perjury that the foregoing is true and correct, and that this

2    declaration was electronically executed this 11th day of February 2010, in San Francisco,

3    California.

4

5    DATED: February 11, 2010                    MUNGER, TOLLES & OLSON LLP

6

7                                                By:      /s/ *David H. Fry*
                                                          DAVID H. FRY
8

9                                                *Attorney for the Wells Fargo Defendants and the*
                                                 *Individual Defendants*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

**[PROPOSED] ORDER**

In accordance with the parties' stipulation, it is hereby ORDERED that:

The hearing scheduled for February 19, 2010 is continued to March 19, 2010 at 9:00 a.m. and the Case Management Conference scheduled for February 19, 2010 is continued to March 19, 2010 at 2:30 p.m.

IT IS SO ORDERED.

DATED: _____, 2010     _____

THE HONORABLE SUSAN ILLSTON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI