1   MARC T.G. DWORSKY (SBN 157413)
    Marc.Dworsky@mto.com
2   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue, 25th floor
3   Los Angeles, CA  90071-1560
    Telephone:      (213) 683-9100
4   Facsimile:      (213) 687-3702

5   DAVID H. FRY (SBN 189276)
    David.Fry@mto.com
6   JENNY H. HONG (SBN 251751)
    Jenny.Hong@mto.com
7   MUNGER, TOLLES & OLSON LLP
    560 Mission Street,  27th floor
8   San Francisco, CA 94105-2907
    Telephone:      (415) 512-4000
9   Facsimile:      (415) 512-4077

10  Attorneys for Defendants
    WELLS FARGO DEFENDANTS AND THE
11  INDIVIDUAL DEFENDANTS

12  [Additional counsel listed on signature page]

13
                    UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN FRANCISCO DIVISION
16

17

18                                          | Civil Action No. 09-01376 (SI)
    IN RE WELLS FARGO MORTGAGE-
19  BACKED CERTIFICATES LITIGATION          | **CONSOLIDATED CLASS ACTION ECF**

20                                          | **STIPULATION AND [PROPOSED]
                                              ORDER REQUESTING  A
21                                            CONTINUANCE OF THE HEARING ON
                                              THE MOTIONS TO DISMISS AND
22                                            CASE MANAGEMENT CONFERENCE;
                                              DECLARATION OF DAVID H. FRY IN
23                                            SUPPORT THEREOF**

24                                          | Judge:      Hon. Susan Illston

25

26

27

28

                                            STIPULATION AND [PROPOSED] ORDER
                                            REQUESTING A CONTINUANCE
                                            CASE NO. 09-1376-SI

1   WHEREAS, on August 31, 2009, the Alameda County Employees' Retirement

2   Association, the Government of Guam Retirement Fund, the New Orleans Employees'

3   Retirement System, and the Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") filed

4   the Consolidated Class Action Complaint For Violations of §§ 11, 12(a)(2) And 15 Of The

5   Securities Act Of 1933 ("Complaint");

6   WHEREAS, on October 30, 2009, Defendants moved to dismiss the Complaint, Lead

7   Plaintiffs have opposed such motions, and the motions are fully briefed;

8   WHEREAS, the Court issued a notice on January 26, 2010 continuing the hearing and

9   Case Management Conference from January 29, 2010 to February 19, 2010;

10   WHEREAS, Thomas O. Jacob, in-house counsel at Wells Fargo & Co., is counsel of

11   record for Defendants Wells Fargo Asset Securities Corporation and Wells Fargo Bank, N.A. (the

12   "Wells Fargo Defendants") and will be out of the country on February 19, 2010;

13   WHEREAS, the next date on which all defense counsel are available is March 19, 2010;

14   WHEREAS, the Wells Fargo Defendants requested, and Lead Plaintiffs have agreed, to

15   request to continue the hearing and Case Management Conference to March 19, 2010.

16   THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel

17   for the parties herein, that:

18   The parties request that the hearing scheduled for February 19, 2010 be continued to

19   March 19, 2010 at 9:00 a.m. and the Case Management Conference scheduled for February 19,

20   2010 be continued to March 19, 2010 at 2:30 p.m.

21

22

23

24

25

26

27

28

- 2 -

1

2  Dated:  February 11, 2010        BERNSTEIN LITOWITZ BERGER
                                    & GROSSMANN LLP

3                                   DAVID R. STICKNEY
                                    TIMOTHY A. DeLANGE
4                                   MATTHEW P. JUBENVILLE
                                    12481 High Bluff Drive, Suite 300
5                                   San Diego, CA 92130
                                    Tel:    (858) 793-0070
6                                   Fax:    (858) 793-0323
                                    davids@blbglaw.com
7                                   timothyd@blbglaw.com
                                    matthewj@blbglaw.com
8
                                    _____/s/ *David R. Stickney*_____
9                                        DAVID R. STICKNEY

10

11  *Attorneys for Lead Plaintiffs Alameda*
    *County Employees' Retirement Association,*
    *Government of Guam Retirement Fund,  New*
12  *Orleans Employees' Retirement System and*
    *Louisiana Sheriffs' Pension and Relief Fund*

13

14  Dated:  February 11, 2010        MUNGER, TOLLES & OLSON LLP
                                     MARC T.G. DWORSKY
15                                   Marc.Dworsky@mto.com
                                     355 South Grand Avenue
16                                   35th Floor
                                     Los Angeles, CA 90071-1560
17                                   Tel:    (213) 683-9100
                                     Fax:    (213) 687-3702
18
                                     DAVID H. FRY
19                                   David.Fry@mto.com
                                     JENNY H. HONG
20                                   Jenny.Hong@mto.com
                                     560 Mission Street
21                                   27th Floor
                                     San Francisco, CA 94105-2907
22                                   Tel:    (415) 512-4000
                                     Fax:    (415) 512-4077
23
                                     _____/s/ *David H. Fry*_____
24                                        DAVID H. FRY

25

26  *Attorneys for the Wells Fargo Defendants and the*
    *Individual Defendants*

27

28

- 3 -                                STIPULATION AND [PROPOSED] ORDER
                                     REQUESTING A CONTINUANCE
                                     CASE NO. 09-1376-SI

1    WELLS FARGO & CO.
     THOMAS O. JACOB
2    Office of General Counsel
     MAC A0194-266
3    45 Fremont Street, 26th floor
     San Francisco, CA  94105
4    Tel:    (415) 396-4425
     Fax:    (415) 975-7864
5    tojacob@wellsfargo.com

6    *Attorney for the Wells Fargo Defendants*

7
     Dated:  February 11, 2010          PILLSBURY WINTHROP SHAW PITTMAN LLP
8                                       BRUCE A. ERICSON
                                        bruce.ericson@pillsburylaw.com
9                                       ANDREW J. LANPHERE
                                        andrew.lanphere@pillsburylaw.com
10                                      50 Fremont Street
                                        Post Office Box 2880
11                                      San Francisco, CA 94120-7880
                                        Tel:   (415) 983-1560
12                                      Fax:   (415) 983-1200

13                                      _____/s/ Bruce A. Ericson_____
                                              BRUCE A. ERICSON
14
                                        *Attorneys for the Underwriter Defendants*
15

16   Dated:  February 11, 2010          FRIED, FRANK, HARRIS, SHRIVER
                                          & JACOBSON LLP
17                                      William G. McGuinness (*pro hac vice*)
                                        william.mcguinness@friedfrank.com
18                                      Stephanie J. Goldstein (*pro hac vice*)
                                        stephanie.goldstein@friedfrank.com
19                                      Shahzeb Lari (*pro hac vice*)
                                        Shahzeb.Lari@friedfrank.com
20                                      One New York Plaza
                                        New York, New York 10004
21                                      Telephone:    (212) 859-8000
                                        Facsimile:    (212) 859-4000
22
                                        _____/s/  Shazeb Lari_____
23                                            SHAZEB LARI

24
                                        *Attorneys for the Underwriter Defendants*
25

26

27

28

- 4 -                                   STIPULATION AND [PROPOSED] ORDER
                                        REQUESTING A CONTINUANCE
                                        CASE NO. 09-1376-SI

1    Dated:  February 11, 2010                    SATTERLEE STEPHENS BURKE & BURKE LLP
                                                  JAMES J. COSTER (*pro hac vice*)
2                                                 JOSHUA M. RUBINS
                                                  230 Park Avenue, Suite 1130
3                                                 New York, NY  10169-0079
                                                  Tel.:   (212) 818-9200
4                                                 Fax:    (212) 818-9606

5
                                                  WILSON SONSINI GOODRICH & ROSATI
6                                                 KEITH E. EGGLETON
                                                  DAVID McCARTHY
7                                                 650 Page Mill Road
                                                  Palo Alto, CA 94304
8                                                 Tel:    (650) 320-4893
                                                  Fax:    (650) 565-5100
9
                                                  _____ /s/ David McCarthy _____
10                                                      DAVID McCARTHY

11
                                                  *Attorneys for Defendant Moody's Investors Service,*
12                                                *Inc.*

13   Dated:  February 11, 2010                    CAHILL GORDON & REINDEL LLP
                                                  FLOYD ABRAMS (*pro hac vice*)
14                                                ADAM ZUROFSKY (*pro hac vice*)
                                                  TAMMY ROY (*pro hac vice*)
15                                                80 Pine Street
                                                  New York, NY 10005
16                                                Tel:    (212) 701-3000
                                                  Fax:    (212) 269-5420
17

18                                                PERKINS COIE LLP
                                                  DAVID T. BIDERMAN
19                                                Four Embarcadero Center, Suite 2400
                                                  San Francisco, CA 94111
20                                                Tel:    (415) 344-7000
                                                  Fax:    (415) 344-7050
21

22
                                                  _____ /s/ David T. Biderman _____
23                                                      DAVID T. BIDERMAN

24                                                *Attorneys for Defendant*
                                                  *The McGraw-Hill Companies, Inc.*
25

26

27

28

- 5 -                                             STIPULATION AND [PROPOSED] ORDER
                                                  REQUESTING A CONTINUANCE
                                                  CASE NO. 09-1376-SI

1

2    Dated:  February 11, 2010                    PAUL, WEISS, RIFKIND, WHARTON
                                                 & GARRISON LLP
3                                                MARTIN FLUMENBAUM (*pro hac vice*)
                                                 ANDREW J. EHRLICH (*pro hac vice*)
4                                                TOBIAS J. STERN (*pro hac vice*)
                                                 1285 Avenue of the Americas
5                                                New York, NY 10019-6064
                                                 Tel:    (212) 373-3000
6                                                Fax:    (212) 373-3990

7
                                                    /s/ *Andrew J. Ehrlich*
8                                                    ANDREW J. EHRLICH

9
                                                 TAYLOR & COMPANY LAW OFFICES, LLP
10                                               STEPHEN E. TAYLOR
                                                 JAY HINES-SHAH
11                                               One Ferry Building, Suite 355
                                                 San Francisco, CA 94111
12                                               Tel:    (415) 788-8200
                                                 Fax:    (415) 788-8208
13

14                                               *Attorneys for Defendant Fitch, Inc.*
                                                 *(d/b/a Fitch Ratings)*
15

16

17   Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I

18   attest under penalty of perjury that concurrence in the filing of the document has been obtained

19   from each of the other signatories listed above.

20
                                                    /s/ *David H. Fry*
21                                                  DAVID H. FRY

22

23

24

25

26

27

28

- 6 -                                        STIPULATION AND [PROPOSED] ORDER
                                             REQUESTING A CONTINUANCE
                                             CASE NO. 09-1376-SI

1

**DECLARATION OF DAVID H. FRY**

2

        I, DAVID H. FRY, DECLARE AS FOLLOWS:

3        1.        I am an attorney duly licensed to practice in the State of California and before the

4    United States District Court for the Northern District of California.  I am an attorney with the law

5    firm of Munger, Tolles & Olson LLP, and counsel of record for Defendants Wells Fargo Asset

6    Securities Corporation, Wells Fargo Bank, N.A., David Moskowitz, Franklin Codel, Douglas K.

7    Johnson, and Thomas Neary in the above-captioned action.  I have personal knowledge of the

8    matters stated below except those matters stated on information and belief which I am informed

9    and believe are true.  If called as a witness in this action, I could and would testify competently to

10   the contents of this declaration.

11       1.        On September 17, 2009, the Court issued an order setting a hearing for

12   Defendants' motions to dismiss and a Case Management Conference on January 29, 2010.  On

13   October 5, 2009, the parties filed a stipulation agreeing to revise the previously negotiated

14   briefing schedule but retaining the January 29, 2010 date set by the Court, and the Court signed

15   an order to this effect on October 7, 2009.  On January 26, 2010, the Court issued a notice

16   continuing the hearing and Case Management Conference to February 19, 2010;

17       2.        I am informed and believe that Thomas O. Jacob, in-house counsel at Wells Fargo

18   & Co. and counsel of record for Defendants Wells Fargo Asset Securities Corporation and Wells

19   Fargo Bank, N.A., will be out of the country on February 19, 2010.  I have communicated via

20   electronic mail with all defense counsel, and based on their various responses, I am informed and

21   believe that the next Friday on which all are available is March 19, 2010.

22       3.        Continuing the hearing on the motions to dismiss and the Case Management

23   Conference would not affect or displace other deadlines in this case, as none has been set yet.

24

25

26

27

28

- 7 -

STIPULATION AND [PROPOSED] ORDER
REQUESTING A CONTINUANCE
CASE NO. 09-1376-SI

1    I declare under penalty of perjury that the foregoing is true and correct, and that this

2    declaration was electronically executed this 11th day of February 2010, in San Francisco,

3    California.

4

5    DATED: February 11, 2010                    MUNGER, TOLLES & OLSON LLP

6

7                                               By:____/s/ *David H. Fry*_____
                                                           DAVID H. FRY

8

9                                               *Attorney for the Wells Fargo Defendants and the*
                                                *Individual Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
                                    REQUESTING A CONTINUANCE
                                    CASE NO. 09-1376-SI

1

**[PROPOSED] ORDER**

2    In accordance with the parties' stipulation, it is hereby ORDERED that:

3    The hearing scheduled for February 19, 2010 is continued to March 19, 2010 at

4    9:00 a.m. and the Case Management Conference scheduled for February 19, 2010 is continued to

5    March 19, 2010 at 2:30 p.m.

6    IT IS SO ORDERED.

7

DATED: _____, 2010    _____

8    THE HONORABLE SUSAN ILLSTON
     United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 9 -    STIPULATION AND [PROPOSED] ORDER
         REQUESTING A CONTINUANCE
         CASE NO. 09-1376-SI