1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    BRUCE A. ERICSON  (SBN 76342)
2   bruce.ericson@pillsburylaw.com
    ANDREW D. LANPHERE (SBN 191479)
3   andrew.lanphere@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, California 94120-7880
5   Telephone:    (415) 983-1000
    Facsimile:    (415) 983-1200
6
    William G. McGuinness (pro hac vice)
7   william.mcguinness@friedfrank.com
    Stephanie J. Goldstein (pro hac vice)
8   stephanie.goldstein@friedfrank.com
    Shahzeb Lari (pro hac vice)
9   shahzeb.lari@friedfrank.com
    FRIED, FRANK, HARRIS, SHRIVER
10     & JACOBSON LLP
    One New York Plaza
11  New York, New York 10004
    Telephone:    (212) 859-8000
12  Facsimile:    (212) 859-4000

13  Attorneys for Defendants Goldman, Sachs & Co.,
    Morgan Stanley & Co. Incorporated, JP Morgan
14  Securities, Inc. *as successor-in-interest to* Bear, Stearns
    & Co., Inc., Bear, Stearns & Co., Inc., Deutsche Bank
15  Securities, Inc., UBS Securities, LLC, Credit Suisse
    Securities (USA) LLC, RBS Securities, Inc., Barclays
16  Capital, Inc., Banc of America Securities, LLC, HSBC
    Securities (USA), Inc., Citigroup Global Markets, Inc.,
17  Countrywide Securities Corporation and Merrill Lynch,
    Pierce, Fenner & Smith, Inc.

18

19              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
20                SAN FRANCISCO DIVISION

21  | | |
22  | IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No.  C-09-1376 (SI) |
    
23  
24  
25  
26  
27  
28

---

I, <u>David A. Kramlick</u>, the undersigned, hereby declare as follows:

1.      I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2.      My business address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3.      On February 24, 2010, I served a true copy of the attached document(s) titled exactly <u>UNDERWRITER DEFENDANTS' STATEMENT OF RECENT DECISION</u> by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

**[See Attached Service List]**

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of February, 2010, at San Francisco, California.

David A. Kramlick

1

2                                    <u>Service List</u>

3    Andrew J. Ehrlich
     Martin Flumenbaum
4    Tobias J. Stern
     Paul Weiss Rifkind Wharton & Garrison
5    1285 Avenue of the Americas
6    New York, NY 10019-6064

7    James Regan
     James J. Coster
8    Joshua M. Rubins
     Satterlee Stephen Burke & Burke LLP
9    230 Park Avenue
10   Ne wYork, NY 10169

11   Shahzeb Lari
     Stephanie J. Goldstein
12   William G. McGuinness
     Fried Frank Harris Shriver & Jacobson LLP
13   One New York Plaza
14   New York, NY 10004

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          PROOF OF SERVICE – VIA U.S. MAIL
                                          Case No. C-09-1376 (SI)