**15 minutes**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 3/19/10

Case No.   C-09-1376 SI            Judge:   SUSAN ILLSTON

Title: IN RE: WELLS FARGO  -v-

Attorneys: M. Jubenville, D. Stickney, T. Delange, D. Biderman, F. Abrams. T. Roy, M. Flumenbaum, S. Taylor, K. Eggelton, B. Ericson, M. Guinness, J. Coster, D. Fry, M. Dworksy

Deputy Clerk: Tracy Sutton  Court Reporter: K. Shainline

**PROCEEDINGS**

1)   Motions to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   (X ) SUBMITTED
                                                     PART

Case continued to  **5/14/10  @ 2:30  p.m..** for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to   **@ 3:30 p.m.**  for Pretrial Conference

Case continued to   **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The case management set for this day was vacated.