1  David T. Biderman, Bar No. 101577
   Judith B. Gitterman, Bar No. 115661
2  Farschad Farzan, Bar No. 215194
   PERKINS COIE LLP
3  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
4  Telephone: (415) 344-7000
   Facsimile: (415) 344-7050
5
   Floyd Abrams (admitted *pro hac vice*)
6  Adam Zurofsky (admitted *pro hac vice*)
   Tammy L. Roy (admitted *pro hac vice*)
7  CAHILL GORDON & REINDEL LLP
   80 Pine Street
8  New York, New York 10005
   Telephone: (212) 701-3000
9  Facsimile: (212) 269-5420

10 *Attorneys for Defendant*
   *The McGraw-Hill Companies, Inc.*
11
   [Additional Counsel Appear on Signature Page]
12

13                SUPERIOR COURT OF THE STATE OF CALIFORNIA

14                     NORTHERN DISTRICT OF CALIFORNIA

15                          SAN FRANCISCO DIVISION

16 | IN RE WELLS FARGO MORTGAGE-       | Civil Action No. 09-01376 (SI)
   | BACKED CERTIFICATES LITIGATION    |
17 |                                   | **CONSOLIDATED CLASS ACTION**
   |                                   | **ECF**
18 |                                   |
   |                                   | **STATEMENT OF RECENT DECISION**
19 |                                   |
   |                                   | JUDGE: Hon. Susan Illston
20

21

22

23

24

25

26

27

28

STATEMENT OF RECENT DECISION
No. 09-01376 (SI)

70164-0004/LEGAL17973359.1

Pursuant to L.R. 7-3(d) defendants The McGraw-Hill Companies, Inc. ("McGraw-Hill"), Moody's Investors Service, Inc. ("Moody's") and Fitch Ratings, Inc. (collectively, the "Rating Agencies") respectfully submit, as Exhibit A hereto, a true and correct copy of a March 26, 2010 Opinion & Order, granting motions to dismiss filed by McGraw-Hill and Moody's in the matter of *New Jersey Carpenters Vacation Fund and Boilermaker Blacksmith National Pension Fund v. The Royal Bank of Scotland Group, PLC* (No. 08-CV-5093 (HB)) pending in the United States District Court for the Southern District of New York before the Honorable Harold Baer, Jr. (*See* Order, p. 2.)

DATED: March 26, 2010

By: _____/s/ David T. Biderman_____

| | |
|---|---|
| Floyd Abrams (admitted *pro hac vice*)<br>Adam Zurofsky (admitted *pro hac vice*)<br>Tammy L. Roy (admitted *pro hac vice*)<br>CAHILL GORDON & REINDEL LLP<br>80 Pine Street<br>New York, New York 10005<br>Telephone: (212) 701-3000<br>Facsimile: (212) 269-5420<br><br>*Attorneys for Defendant The McGraw-Hill Companies, Inc.* | David T. Biderman, SBN 101577<br>Judith B. Gitterman, SBN 115661<br>Farschad Farzan, Bar No. 215194<br>PERKINS COIE LLP<br>1620 26th Street, Sixth Floor, South Tower<br>Santa Monica, California 90404<br>Telephone: (310) 788-9900<br>Facsimile: (310) 788-3399 |

By: _____/s/ Keith E. Eggleton_____

| | |
|---|---|
| James J. Coster (admitted *pro hac vice*)<br>Joshua M. Rubins (admitted *pro hac vice*)<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue<br>New York, New York 10169<br>Telephone: (212) 818-9200<br>Facsimile: (212) 818-9606<br><br>*Attorneys for Defendant Moody's Investors Service, Inc.* | Keith E. Eggleton, SBN 159842<br>KEggleton@wgsr.com<br>David A. McCarthy, SBN 226415<br>DMcCarthy@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, California 94304<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100 |

| | |
|---|---|
| | By: _____/s/ Jonathan A. Patchen_____ |
| Martin Flumenbaum (admitted *pro hac vice*) | Stephen E. Taylor, SBN 58452 |
| Andrew J. Ehrlich (admitted *pro hac vice*) | Jonathan A. Patchen, Bar No. 237346 |
| Tobias J. Stern (admitted *pro hac vice*) | TAYLOR & COMPANY LAW OFFICES, LLP |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | One Ferry Building, Suite 355 |
| 1285 Avenue of the Americas | San Francisco, California 94111 |
| New York, New York 10019 | Telephone: (415) 788-8200 |
| Telephone: (212) 373-3000 | Facsimile: (415) 788-8208 |
| Facsimile: (212) 757-3990 | |

*Attorneys for Defendant Fitch Ratings, Inc.*

STATEMENT OF RECENT DECISION
No. 09-01376 (SI)

70164-0004/LEGAL17973359.1