1   David T. Biderman, Bar No. 101577
    Judith B. Gitterman, Bar No. 115661
2   Farschad Farzan, Bar No. 215194
    PERKINS COIE LLP
3   Four Embarcadero Center, Suite 2400
    San Francisco, California  94111
4   Telephone: (415) 344-7000
    Facsimile: (415) 344-7050
5
    Floyd Abrams (admitted *pro hac vice*)
6   Adam Zurofsky (admitted *pro hac vice*)
    Tammy L. Roy (admitted *pro hac vice*)
7   CAHILL GORDON & REINDEL LLP
    80 Pine Street
8   New York, New York 10005
    Telephone:  (212) 701-3000
9   Facsimile:  (212) 269-5420

10  *Attorneys for Defendant*
    *The McGraw-Hill Companies, Inc.*
11

12

13              SUPERIOR COURT OF THE STATE OF CALIFORNIA

14              NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16  IN RE WELLS FARGO MORTGAGE-        Civil Action No. 09-01376 (SI)
    BACKED CERTIFICATES LITIGATION
17                                     **CONSOLIDATED CLASS ACTION**
                                       **ECF**
18
                                       **CERTIFICATE OF SERVICE**
19
                                       JUDGE:  Hon. Susan Illston
20

21

22

23

24

25

26

27

28

**I, CHERYL ALLEN, DECLARE:**

I, Cheryl Allen, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of 18 years and am not a party to the within action.  My business address is Perkins Coie LLP, Four Embarcadero, Suite 2400, San Francisco, California 94111.  I am personally familiar with the business practice of Perkins Coie LLP.  On March 26, 2010, I caused the following document(s) to be served on the following parties by the manner specified below:

**STATEMENT OF RECENT DECISION**

William G. McGuinness
Stephanie J. Goldstein
Shahzeb Lari
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004


__XXX__   (By U.S. Mail)  I caused each envelope with postage fully prepaid to be placed for collection and mailing following the ordinary business practices of Perkins Coie LLP.

_____ (B y Overnight Delivery)  I caused each envelope to be deposited with Federal Express.  Following the ordinary business practices, the envelope was sealed and placed for collection by Federal Express on this date, and would, in the ordinary course of business, be retrieved by Federal Express for overnight delivery on this date.

_____ (Electronic T ransmission)  I caused each document to be sent by electronic mail to the email addressees indicated above.

_____ (B y Hand)  I caused each envelope to be delivered by hand to the offices listed above.

_____ (B y Facsimile/Telecopy)  I caused each document to be sent by Automatic Facsimile/Telecopier to the number(s) indicated above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this declaration was executed at San Francisco, California, on March 26, 2010.

_____
Cheryl Allen

70164-0004/LEGAL17975826.1

- 2 -

CERTIFICATE OF SERVICE
Civil Action No. 09-01376 (SI)