1  BERNSTEIN LITOWITZ BERGER
       & GROSSMANN LLP
2  DAVID R. STICKNEY (Bar No. 188574)
   TIMOTHY A. DeLANGE (Bar No. 190768)
3  MATTHEW P. JUBENVILLE (Bar No. 228464)
   12481 High Bluff Drive, Suite 300
4  San Diego, CA 92130
   Tel:    (858) 793-0070
5  Fax:    (858) 793-0323
   davids@blbglaw.com
6  timothyd@blbglaw.com
   matthewj@blbglaw.com
7
   *Attorneys for Lead Plaintiffs Alameda County*
8  *Employees' Retirement Association,*
   *Government of Guam Retirement Fund, New*
9  *Orleans Employees' Retirement System and*
   *Louisiana Sheriffs' Pension and Relief Fund*
10

11               UNITED STATES DISTRICT COURT

12      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

13  IN RE WELLS FARGO MORTGAGE-          Civil Action No. 09-cv-01376-SI
    BACKED CERTIFICATES
14  LITIGATION                           CONSOLIDATED CLASS ACTION
                                         ECF
15
                                         STIPULATION AND [PROPOSED] ORDER
16                                       SETTING DATE FOR PLAINTIFFS TO FILE
                                         AMENDED COMPLAINT AND RESCHEDULING
17                                       THE CASE MANAGEMENT CONFERENCE

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT
Case No. CV-09-01376-SI

1    WHEREAS, on March 19, 2010, the Court scheduled a Further Case Management Conference

2  for May 14, 2010, at 2:30 p.m.;

3    WHEREAS, on April 22, 2010, the Court issued an Order Granting In Part And Denying In Part

4  Defendants' Motions To Dismiss [Dkt. No. 198] ("Order");

5    WHEREAS, the Order granted the Alameda County Employees' Retirement Association, the

6  Government of Guam Retirement Fund, the New Orleans Employees' Retirement System, and the

7  Louisiana Sheriffs' Pension and Relief Fund ("Lead Plaintiffs") "leave to amend their claims against

8  the Underwriter Defendants and Wells Fargo Defendants" no later than May 7, 2010;

9    WHEREAS, Lead Plaintiffs intend to file an Amended Complaint and request an extension until

10  May 28, 2010, to file their complaint;

11    WHEREAS, the parties have met, conferred and agreed to the date for Lead Plaintiffs to file the

12  Amended Complaint and to a schedule for Defendants to answer or move to dismiss;

13    WHEREAS, in light of the foregoing, the parties further agreed to continue the Further Case

14  Management Conference until June 18, 2010.

15    THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the

16  parties herein, that:

17    1.    Defendants are not required to respond to the existing Complaint;

18    2.    Lead Plaintiffs shall file their Amended Complaint on or before May 28, 2010;

19    3.    If any Defendant(s) answer the Amended Complaint, such Defendant(s) shall file the

20  answer(s) on or before July 16, 2010;

21    4.    If any Defendant(s) file motion(s) to dismiss the Amended Complaint, the following

22  briefing schedule shall apply:

23        a.    The Defendant(s) shall file any motion(s) to dismiss no later than June 25, 2010;

24        b.    Lead Plaintiffs shall file any opposition(s) no later than July 16, 2010;

25        c.    Defendants shall file any reply(ies) no later than August 6, 2010;

26        d.    Subject to the Court's availability, the hearing on the motions to dismiss will be

27            set for August 20, 2010, at 9:00 a.m.

28

---

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT                -1-
Case No. CV-09-01376-SI

1    5.    Subject to the Court's availability, the Further Case Management Conference is

2    continued to June 18, 2010, at 2:30 p.m.

3    Dated: May 4, 2010

    BERNSTEIN LITOWITZ BERGER
      & GROSSMANN LLP

4

        */s/ Timothy A. DeLange*

5        TIMOTHY A. DeLANGE

6    DAVID R. STICKNEY
    TIMOTHY A. DELANGE

7    MATTHEW P. JUBENVILLE
    12481 High Bluff Drive, Suite 300

8    San Diego, CA 92130
    Tel:    (858) 793-0070

9    Fax:    (858) 793-0323

10

    *Attorneys for Lead Plaintiffs Alameda County Employees'*

11    *Retirement Association, Government of Guam Retirement*
    *Fund, New Orleans Employees' Retirement System and*

12    *Louisiana Sheriffs' Pension and Relief Fund*

13

14    Dated: May 4, 2010

    MUNGER, TOLLES & OLSON, LLP
    MARC T.G. DWORSKY (SBN 157413)

15    Marc.Dworsky@mto.com
    KATHLEEN M. MCDOWELL (SBN 115976)

16    Kathleen.McDowell@mto.com
    355 South Grand Avenue, 25th floor

17    Los Angeles, CA 90071-1560
    Tel:    (213) 683-9100

18    Fax:    (213) 687-3702

19    MUNGER, TOLLES & OLSON LLP

20    DAVID H. FRY (SBN 189276)
    David.Fry@mto.com

21    JENNY H. HONG (SBN 251751)
    Jenny.Hong@mto.com

22    560 Mission Street, 27th floor
    San Francisco, CA 94105-2907

23    Tel:    (415) 512-4000
    Fax:    (415) 512-4077

24

25

        */s/ David H. Fry*

26        DAVID H. FRY

27    *Attorneys for the Wells Fargo Defendants and the*
    *Individual Defendants*

28

---

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT                -2-
Case No. CV-09-01376-SI

1   Dated:  May 4, 2010

2

3

4

5

6

7

8

9

10   Dated:  May 4, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PILLSBURY WINTHROP SHAW PITTMAN LLP
BRUCE A. ERICSON
bruce.ericson@pillsburylaw.com
ANDREW J. LANPHERE
andrew.lanphere@pillsburylaw.com
50 Fremont Street
Post Office Box 2880
San Francisco, CA 94120-7880
Tel:    (415) 983-1560
Fax:    (415) 983-1200

_____/s/ Bruce A. Ericson_____
BRUCE A. ERICSON

*Attorneys for the Underwriter Defendants*

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP
William G. McGuinness (*pro hac vice*)
william.mcguinness@friedfrank.com
Stephanie J. Goldstein (*pro hac vice*)
stephanie.goldstein@friedfrank.com
Shahzeb Lari (*pro hac vice*)
Shahzeb.Lari@friedfrank.com
One New York Plaza
New York, New York 10004
Telephone:    (212) 859-8000
Facsimile:    (212) 859-4000

_____/s/ William G. McGuinness_____
WILLIAM G. MCGUINNESS

*Attorneys for the Underwriter Defendants*

Filer's Attestation: Pursuant to General Order No. 45, Section X(B), regarding signatures, I attest under

penalty of perjury that concurrence in the filing of the document has been obtained from David H. Fry,

Bruce A. Ericson and William G. McGuinness.

_____/s/ Timothy A. DeLange_____
TIMOTHY A. DeLANGE

---

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT                -3-
Case No. CV-09-01376-SI

1

# [PROPOSED] ORDER

2    In accordance with the parties' stipulation, it is hereby ORDERED that:

3    1.    Defendants are not required to respond to the existing Complaint;

4    2.    Lead Plaintiffs shall file their Amended Complaint on or before May 28, 2010;

5    3.    If any Defendant(s) answer the Amended Complaint, such Defendant(s) shall file the

6    answer(s) on or before July 16, 2010;

7    4.    If any Defendant(s) file motion(s) to dismiss the Amended Complaint, the following

8    briefing schedule shall apply:

9        a.    The Defendant(s) shall file any motion(s) to dismiss no later than June 25, 2010;

10       b.    Lead Plaintiffs shall file any opposition(s) no later than July 16, 2010;

11       c.    Defendants shall file any reply(ies) no later than August 6, 2010;

12       d.    Subject to the Court's availability, the hearing on the motions to dismiss will be

13            set for August 20, 2010, at 9:00 a.m.

                                                      July 2

14   5.    The Further Case Management Conference is continued to June 18, 2010, at 2:30 p.m.

15

16       IT IS SO ORDERED.

17

18   DATED: _____, 2010        _____

19                                           THE HONORABLE SUSAN ILLSTON
                                             United States District Court Judge

20

21

22

23

24

25

26

27

28

---

STIPULATION AND [PROPOSED] ORDER RE: PLAINTIFFS' AMENDED COMPLAINT                    -4-
Case No. CV-09-01376-SI

1
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
3
MATTHEW J. JUBENVILLE (Bar No. 228464)
4
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
5
Tel:    (858) 793-0070
Fax:   (858) 793-0323
6
davids@blbglaw.com
7
timothyd@blbglaw.com
matthewj@blbglaw.com
8

*Attorneys for Lead Plaintiffs Alameda County Employees'*
9
*Retirement Association, Government of Guam Retirement*
*Fund, New Orleans Employees' Retirement System and*
10
*Louisiana Sheriffs' Pension and Relief Fund*

11

12
UNITED STATES DISTRICT COURT

13
NORTHERN DISTRICT OF CALIFORNIA

14
| | |
|---|---|
| GENERAL RETIREMENT SYSTEM OF THE CITY OF DETROIT, Individually And On Behalf Of All Others Similarly Situated, | Case No. 09-CV-1376-SI (Consolidated with 09-CV-1620) |
15
16
| | CONSOLIDATED CLASS ACTION ECF |
| Plaintiff, | |
17
18
| v. | |
19
| THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-AR18 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-17 TRUST, THE WELLS FARGO MORTGAGE BACKED SECURITIES 2006-15 TRUST, et al., | **DECLARATION OF SERVICE** |
20
21
22
| Defendants. | |
23

24

25

26

27

28

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE

I, the undersigned, declare:

1.      That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2.      That on May 4, 2010, true and correct copies of the following documents:

- STIPULATION AND [PROPOSED] ORDER SETTING DATE FOR PLAINTIFFS TO FILE AMENDED COMPLAINT AND RESCHEDULING THE CASE MANAGEMENT CONFERENCE; and

- Declaration of Service

were filed with the Court electronically.  Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System.  Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.  Dated this 4th day of May 2010.

_____
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

SERVICE LIST

| |
|---|
| ***Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., HSBC Securities (USA), Inc., Deutsche Bank Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Greenwich Capital Markets, Inc., Barclays Capital, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.*** |

| | |
|---|---|
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**\*FRIED FRANK HARRIS SHRIVER &<br>JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel:   (212) 859-8000<br>Fax:  (212) 859-4000<br><br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |

**\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL**

5/4/2010

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI