BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
DAVID R. STICKNEY  (Bar No. 188574)
TIMOTHY A. DeLANGE  (Bar No. 190768)
MATTHEW J. JUBENVILLE (Bar No. 228464)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
davids@blbglaw.com
timothyd@blbglaw.com
matthewj@blbglaw.com

*Attorneys for Lead Plaintiffs Alameda County Employees'
Retirement Association, Government of Guam Retirement
Fund, New Orleans Employees' Retirement System and
Louisiana Sheriffs' Pension and Relief Fund*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MORTGAGE-BACKED CERTIFICATES LITIGATION | Case No. 09-CV-1376-SI (Consolidated with 09-CV-1620)<br><br>CONSOLIDATED CLASS ACTION<br>ECF<br><br>**DECLARATION OF SERVICE** |

## DECLARATION OF SERVICE

I, the undersigned, declare:

1. That I am and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that my business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130.

2. That on May 28, 2010, true and correct copies of the following documents:

- AMENDED CONSOLIDATED CLASS ACTION COMPLAINT FOR VIOLATIONS OF §§ 11, 12(a)(2) AND 15 OF THE SECURITIES ACT OF 1933; and
- Declaration of Service

were filed with the Court electronically. Those attorneys who are registered with the Electronic Case Filing ("ECF") System may access this filing through the Court's ECF System. Attorneys not registered with the Court's ECF System will be duly and properly served in accordance with the Federal Rules of Civil Procedure and the Court's Local Rules (see attached service list).

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Dated this 28th day of May 2010.

_____
KAYE A. MARTIN

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI

## SERVICE LIST

| *Co-Counsel for Defendants Goldman Sachs & Co., JPMorgan Chase, Inc., as successor-in-interest to Bear, Stearns & Co. Inc., Deutsche Bank Securities, Inc., RBS Securities, Inc., UBS Securities, LLC, Citigroup Global Markets, Inc., Banc Of America Securities, LLC, and Bank Of America Corporation as successor-in-interest to Merrill Lynch, Pierce, Fenner & Smith, Inc.* | |
|---|---|
| William G. McGuinness<br>Stephanie J. Goldstein<br>Shahzeb Lari<br>**\*FRIED FRANK HARRIS SHRIVER & JACOBSON LLP**<br>One New York Plaza<br>New York, NY 10004-1980<br>Tel: (212) 859-8000<br>Fax: (212) 859-4000<br><br>william.mcguinness@friedfrank.com<br>stephanie.goldstein@friedfrank.com<br>shahzeb.lari@friedfrank.com | |

**\*NON-ECF REGISTRANTS WILL BE SERVED VIA EMAIL**

5/28/2010

DECLARATION OF SERVICE
Case No. 09-cv-01376-SI