*RECEIVED 2010 JUN -8 P 12:57* [stamp]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE WELLS FARGO MOTGAGE-BACKED CERT. LITIG.<br><br>Plaintiff,<br><br>v.<br><br>Defendant. | CASE NO. 09-1376 SI<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |

Christopher Lometti, whose business address and telephone number is

Cohen Milstein Sellers & Toll, PLLC, 88 Pine Street, 14th Floor, New York, New York 10005 - 212-838-7797

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Chicago PABF

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 3, 2010

[signature]
Susan Illston
United States District Judge