RECEIVED
2010 JUN -7 P 2: 42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re Wells Fargo Mortgaged-Backed Certificates Litigation

Plaintiff,

v.

Defendant.

CASE NO. 09-cv-01376-SI

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Daniel B. Rehns, whose business address and telephone number is Cohen Milstein Sellers & Toll PLLC, 88 Pine Street, Fourteenth Floor, New York, New York 10005, Tel. (212) 838-7797,

and who is an active member in good standing of the bar of State of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Chicago PABF.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Judge Susan Illston
United States District Judge