IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE WELLS FARGO
MOTGAGE-BACKED CERT. LITIG.

CASE NO. 09-1376 SI

Plaintiff,

v.

Defendant.

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Christopher Lometti, whose business address and telephone number is Cohen Milstein Sellers & Toll, PLLC, 88 Pine Street, 14th Floor, New York, New York 10005 - 212-838-7797

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Chicago PABF

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 3, 2010

_____
Susan Illston
United States District Judge