1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   BRUCE A. ERICSON  (SBN 76342)
2  bruce.ericson@pillsburylaw.com
   ANDREW D. LANPHERE (SBN 191479)
3  andrew.lanphere@pillsburylaw.com
   50 Fremont Street
4  Post Office Box 7880
   San Francisco, California 94120-7880
5  Telephone:     (415) 983-1000
   Facsimile:     (415) 983-1200
6
   William G. McGuinness (pro hac vice)
7  william.mcguinness@friedfrank.com
   Stephanie J. Goldstein (pro hac vice)
8  stephanie.goldstein@friedfrank.com
   Shahzeb Lari (pro hac vice)
9  shahzeb.lari@friedfrank.com
   FRIED, FRANK, HARRIS, SHRIVER
10   & JACOBSON LLP
   One New York Plaza
11 New York, New York 10004
   Telephone:     (212) 859-8000
12 Facsimile:     (212) 859-4000
13 Attorneys for Defendants Goldman, Sachs & Co., JP
   Morgan Securities, Inc. *as successor-in-interest to*
14 Bear, Stearns & Co., Inc., Bear, Stearns & Co., Inc.,
   Deutsche Bank Securities, Inc., UBS Securities, LLC,
15 Credit Suisse Securities (USA) LLC, RBS Securities,
   Inc., Banc of America Securities, LLC, Citigroup
16 Global Markets, Inc. and Merrill Lynch, Pierce, Fenner
   & Smith, Inc.
17

18                 UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
19                  SAN FRANCISCO DIVISION

20
   IN RE WELLS FARGO MORTGAGE-          Case No.  C-09-1376 (SI)
21 BACKED CERTIFICATES LITIGATION
                                        **CONSOLIDATED CLASS ACTION**
22                                      **ECF**

23                                      **PROOF OF SERVICE BY MAIL**

24

25

26

27

28

I, Amara Getzell, the undersigned, hereby declare as follows:

1.      I am over the age of 18 years and am not a party to the within cause.  I am employed by Pillsbury Winthrop Shaw Pittman LLP in the County of San Francisco, State of California.

2.      My business address is 50 Fremont Street, San Francisco, CA 94105-2228.  My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA  94120-7880.

3.      On June 25, 2010, I served a true copy of the attached document(s) titled exactly **NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION** by placing it/them in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following persons, said persons not having registered as ECF users:

Christopher Lometti
Cohen Milstein Sellers & Toll, PLLC
88 Pine Street
14th Floor
New York, NY  10005

James J. Coster
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Daniel B. Rehns
Cohen Milstein Sellers & Toll, PLLC
88 Pine Street
14th Floor New
New York, NY  10005

Joel P. Laiman
Cohen Milstein Sellers & Toll, PLLC
88 Pine Street
14th Floor
New York, NY  10005

James Regan
Satterlee Stephen Burke & Burke LLP
230 Park Avenue
New York, NY  10169

Joshua M. Rubins
Satterlee Stephens Burke & Burke
230 Park Avenue
New York, NY  10069

Takeo A. Kellar
Bernstein Litwitz Berger & Grossman LLP
12481 High Bluff Drive, Suite 300
San Diego, CA  92130

- 1 -

1

2

      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of June, 2010, at San Francisco, California.

3

4

5

                                  Amara Getzell

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -