IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL RETIREMENT SYSTEM, | No. C 09-01376SI |
| Plaintiff, | **NOTICE** |
| v. | |
| WELLS FARGO MORTGAGE, | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions to dismiss have been continued to Friday, August 27, 2010, at 9:00 a.m.

Dated: June 29, 2010

RICHARD W. WIEKING, Clerk

Tracy Forakis
Deputy Clerk