1    BERNSTEIN LITOWITZ BERGER
        & GROSSMANN LLP
2    DAVID R. STICKNEY  (Bar No. 188574)
     TIMOTHY A. DeLANGE  (Bar No. 190768)
3    MATTHEW P. JUBENVILLE  (Bar No. 228464)
     TAKEO A. KELLAR  (Bar No. 234470)
4    12481 High Bluff Drive, Suite 300
     San Diego, CA 92130
5    Tel:    (858) 793-0070
     Fax:    (858) 793-0323
6    davids@blbglaw.com
     timothyd@blbglaw.com
7    matthewj@blbglaw.com
     takeok@blbglaw.com
8
     *Attorneys for Lead Plaintiffs Alameda*
9    *County Employees' Retirement Association,*
     *Government of Guam Retirement Fund, New*
10   *Orleans Employees' Retirement System and*
     *Louisiana Sheriffs' Pension and Relief Fund*
11   *And Plaintiffs Public Employees' Retirement*
     *System of Mississippi and Vermont Pension*
12   *Investment Committee*

13

14                UNITED STATES DISTRICT COURT

15      NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

16   IN RE WELLS FARGO MORTGAGE-        | Civil Action No. 09-cv-01376-SI
     BACKED CERTIFICATES
17   LITIGATION                         | CONSOLIDATED CLASS ACTION
                                        | ECF
18
                                        | DECLARATION OF MATTHEW P.
19                                      | JUBENVILLE IN SUPPORT OF PLAINTIFFS'
                                        | OPPOSITION TO: (1) THE WELLS FARGO
20                                      | DEFENDANTS' AND INDIVIDUAL
                                        | DEFENDANTS' MOTION TO DISMISS THE
21                                      | AMENDED COMPLAINT; AND (2) THE
                                        | UNDERWRITER DEFENDANTS' MOTION TO
22                                      | DISMISS THE AMENDED COMPLAINT

23

24

25

26

27

28

JUBENVILLE DECL. ISO OPPOSITION TO WELLS FARGO DEFENDANTS'
AND UNDERWRITER DEFENDANTS' MOTIONS TO DISMISS
Case No. 09-cv-01376-SI

1    I, MATTHEW P. JUBENVILLE, declare as follows:

2    1.    I am an attorney licensed to practice law in the State of California and before this

3    Court. I am an associate with the law firm of Bernstein Litowitz Berger & Grossmann LLP, counsel

4    for Lead Plaintiffs Alameda County Employees' Retirement Association, Government of Guam

5    Retirement Fund, New Orleans Employees' Retirement System and Louisiana Sheriffs' Pension and

6    Relief Fund, and Plaintiffs Public Employees' Retirement System of Mississippi and Vermont Pension

7    Investment Committee (collectively, "Plaintiffs"). I submit this declaration in support of the

8    Plaintiffs' Opposition To: (1) The Wells Fargo Defendants' And Individual Defendants' Motion To

9    Dismiss The Amended Complaint; and (2) The Underwriter Defendants' Motion To Dismiss The

10   Amended Complaint. I am familiar with the facts set forth below and able to testify to them.

11   2.    Attached as Exhibit A to this declaration is a true and correct copy of the Supplemental

12   Certification of the Southeastern Pennsylvania Transportation Authority ("SEPTA Supplemental

13   Certification"). The SEPTA Supplemental Certification replaces, in its entirety, the Certification of

14   the Southeastern Pennsylvania Transportation Authority, which was originally filed as Exhibit 4 to the

15   Amended Consolidated Class Action Complaint For Violations Of §§ 11, 12(a)(2) And 15 Of The

16   Securities Act Of 1933. Dkt. No. 203. The SEPTA Supplemental Certification adds Exhibit A2 to

17   clarify the par value and proceeds SEPTA received upon the sale of its WFMBS 2007-13 Certificates

18   on May 28, 2009.

19   I declare under penalty of perjury that the foregoing is true and correct and that this

20   declaration was executed this 16th day of July, 2010.

21

22   _____

23   MATTHEW P. JUBENVILLE

24

25

26

27

28

1

# EXHIBIT A

## SUPPLEMENTAL CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Nicholas J. Staffieri, as General Counsel of the Southeastern Pennsylvania Transit Authority ("SEPTA"), hereby certifies as follows:

1.      I am fully authorized to enter into and execute this Supplemental Certification on behalf of SEPTA concerning legal claims asserted in *In Re Wells Fargo Mortgage-Backed Certificates Litigation,* 09-cv-1376-SI (USDC N.D. Cal) ("Action"), involving Wells Fargo and the sale of certain of its Mortgage-Backed Certificates, alleging violations of the federal securities laws.

2.      I understand that SEPTA has been included as a named plaintiff and a proposed class representative in the Action. I authorized counsel to file an amended complaint and the papers necessary to include SEPTA as a named plaintiff and a proposed class representative, in this Action.

3.      SEPTA did not purchase or otherwise acquire any Wells Fargo Mortgage-Backed Certificates that are the subject of this action at the direction of counsel or in order to participate in this private action or other litigation arising under the federal securities laws.

4.      SEPTA is willing to serve as a named plaintiff in this matter and as representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

5.      SEPTA purchased and sold WELLS FARGO MTG 07 13 CL A-9 on the dates and at the prices indicated in the tables, attached hereto as Exhibits A1 and A2.

6.      During the three years prior to the date of this certification, SEPTA has sought to serve as a lead plaintiff in the following federal securities class actions: *Garfield v. Openwave Systems, Inc., et al,* Case No. 1:07-cv-0139(SDNY); *In re Michael Baker Corp. Securities Litigation,* No. 08-cv-370 (W.D. Pa.); *Chamberlain v. Reddy Ice Holdings, Inc.,* No. 08-13451 (E.D. Mich.); *In re Level 3 Communications Inc. Securities Litigation,* Civil Case No. 09-cv-200 (D. Colorado); and *Bozeman v. Colonial BancGroup et al,* 2:09-cv-124 (M.D. Ala).

1

SEPTA is currently serving as a lead plaintiff in the federal securities class action *In re Michael Baker Corp. Securities Litigation,* No. 08-cv-370 (W.D. Pa.)

6.    SEPTA will not accept any payment for serving as a lead plaintiff or representative party on behalf of the class beyond its pro rata share of any recovery, except reimbursement of reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I, Nicholas J. Staffieri, declare under penalty of perjury that the foregoing is true and correct. Executed this 15ᵗʰ day of July, 2010.

_____

Nicholas J. Staffieri

2

# EXHIBIT A1

| Transaction Type | Transaction Code | Settle Date | Shares |
|---|---|---|---|
| PURCHASE | B | 8/30/2007 | 150,000.0000 |
| PRINCIPAL PAYMENTS | PD | 9/25/2007 | -1,357.3000 |
| PRINCIPAL PAYMENTS | PD | 10/26/2007 | -1,205.2300 |
| PRINCIPAL PAYMENTS | PD | 11/26/2007 | -248.2000 |
| PRINCIPAL PAYMENTS | PD | 12/26/2007 | -422.5100 |
| PRINCIPAL PAYMENTS | PD | 1/25/2008 | -1,050.6100 |
| PRINCIPAL PAYMENTS | PD | 2/25/2008 | -648.5900 |
| PRINCIPAL PAYMENTS | PD | 3/25/2008 | -1,438.1300 |
| PRINCIPAL PAYMENTS | PD | 4/25/2008 | -767.3800 |
| PRINCIPAL PAYMENTS | PD | 5/27/2008 | -1,527.5400 |
| PRINCIPAL PAYMENTS | PD | 6/25/2008 | -1,065.5500 |
| PRINCIPAL PAYMENTS | PD | 7/25/2008 | -1,221.1000 |
| PRINCIPAL PAYMENTS | PD | 8/25/2008 | -899.2700 |
| PRINCIPAL PAYMENTS | PD | 9/25/2008 | -651.1500 |
| PRINCIPAL PAYMENTS | PD | 10/27/2008 | -1,076.4500 |
| PRINCIPAL PAYMENTS | PD | 11/25/2008 | -982.7000 |
| PRINCIPAL PAYMENTS | PD | 12/26/2008 | -354.0100 |
| PRINCIPAL PAYMENTS | PD | 1/26/2009 | -1,107.8300 |
| PRINCIPAL PAYMENTS | PD | 2/25/2009 | -2,525.1300 |
| PRINCIPAL PAYMENTS | PD | 3/25/2009 | -3,428.2900 |
| PRINCIPAL PAYMENTS | PD | 4/27/2009 | -3,819.3900 |
| PRINCIPAL PAYMENTS | PD | 5/28/2009 | -1,950.4600 |
| SALES | S | 5/28/2009 | -122,252.4600 |

1

# EXHIBIT A2

Southeastern Pennsylvania Transportation Authority

CUSIP: 94985LAJ4
SECURITY NAME: WELLS FARGO MTG 07 13 CL A-9

| Trade | Face Value | Par Value | Costs/Proceeds | Date |
|---|---|---|---|---|
| PURCHASE | 150,000.00 | 94.805 | $142,207.03 | 8/30/2007 |
| SALE | 122,252.46 | 29.888 | $35,545.14 | 5/28/2009 |
| | | | | |

2